QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiffs Cruise LLC and GM Cruise Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company; GM CRUISE HOLDINGS LLC, a Delaware limited liability company; GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>  Defendant. | CASE NO. 3:21-cv-05685<br><br>CORPORATE DISCLOSURE STATEMENT FOR CRUISE LLC AND GM CRUISE HOLDINGS LLC |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that General Motors LLC and SoftBank Vision Fund (AIV M2) L.P. each own 10% or more of plaintiff GM Cruise Holdings LLC, which in turn owns 100% of plaintiff Cruise LLC as a wholly owned subsidiary.

DATED:  June 23, 2021                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     /s/ Margret M. Caruso
Diane M. Doolittle
Margret M. Caruso
Attorneys for Plaintiffs Cruise LLC and GM Cruise Holdings LLC

**ATTESTATION**

I, Kyle Batter, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Margret Caruso has concurred in this filing.

/s/ Kyle K. Batter
Kyle K. Batter