QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiffs Cruise LLC
and GM Cruise Holdings LLC

KIRKLAND & ELLIS LLP
  Dale Cendali (SBN 1969070)
  dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

KIRKLAND & ELLIS LLP
  Diana Torres (Bar No. 162284)
  diana.torres@kirkland.com
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone:    (310) 552-4200

Attorneys for Plaintiff General Motors LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company, | CASE NO.  3:21-CV-05685 |
| | **PLAINTIFFS' NOTICE OF ERRATA** |
| Plaintiffs, | |
| vs. | |
| FORD MOTOR COMPANY, a Delaware corporation, | |
| Defendant. | |

PLAINTIFFS' NOTICE OF ERRATA

1    Plaintiffs Cruise LLC, GM Cruise Holdings LLC, and General Motors LLC (collectively

2  "Plaintiffs") through their undersigned counsel, and for its Notice of Errata, states as follows:

3    1.    On July 23, 2021, Plaintiffs, through their undersigned counsel, filed its Complaint

4  against Ford Motor Company for Federal Trademark Infringement; False Designation of Origin;

5  Common Law Trademark Infringement; and Unfair Competition ("Complaint").

6    2.    In the Attestation on page 23 of the Complaint, Plaintiffs inadvertently cited to Local

7  Rule 5-4, and instead should have cited to Local Rule 5-1(i)(3).  A corrected Attestation page is

8  attached hereto as Ex. A

9                                        Respectfully submitted,

10

11  DATED:  July 24, 2021                 QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
12

13

14                                        By  /s/ Margret M. Caruso
                                              Diane M. Doolittle
15                                            Margret M. Caruso
                                              Attorneys for Plaintiffs Cruise LLC and GM
16                                            Cruise Holdings LLC

17

18  DATED:  July 24, 2021                 KIRKLAND & ELLIS LLP

19

20                                        By /s/ Dale Cendali
                                              Dale Cendali
21                                            Diana Torres
                                              Attorneys for Plaintiff General Motors LLC
22

23

24

25

26

27

28

**PLAINTIFFS' NOTICE OF ERRATA**

## **ATTESTATION**

I, Dale Cendali, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Diane Doolittle and Margret Caruso have concurred in the filing of the above document.


/s/ Dale Cendali
Dale Cendali

**PLAINTIFFS' NOTICE OF ERRATA**

# EXHIBIT A

## **ATTESTATION**

I, Dale Cendali, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Diane Doolittle and Margret Caruso have concurred in the filing of the above document.

*/s/ Dale Cendali*
Dale Cendali

COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN;
COMMON LAW TRADEMARK INFRINGEMENT; AND UNFAIR COMPETITION