KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
GIA L. CINCONE (State Bar No. 141668)
gcincone@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300

WILLIAM H. BREWSTER (*pro hac vice* application pending)
bbrewster@kilpatricktownsend.com
R. CHARLES HENN, JR. (*pro hac vice* application pending)
chenn@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (*pro hac vice* application pending)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:   (404) 815-6500
Facsimile:   (404) 815-6555

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | Civil Action No. 3:21-cv-05685-SI<br><br>**NOTICE OF APPEARANCE OF GREGORY S. GILCHRIST**<br><br>Judge:     Hon. Susan Illston<br><br>Complaint Filed:     July 23, 2021 |

        Notice is hereby given that the undersigned attorney, GREGORY S. GILCHRIST, enters his appearance in this matter as counsel for Defendant FORD MOTOR COMPANY ("Ford") and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Ford.



1    DATED:  July 26, 2021       Respectfully submitted,

2                                KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                By: */s/ Gregory S. Gilchrist*
                                       GREGORY S. GILCHRIST

5

6                                Attorneys for Defendant
                               FORD MOTOR COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    18707635v.1

