QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiffs Cruise LLC
and GM Cruise Holdings LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05685<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Kyle Batter, hereby appear as counsel for Plaintiffs Cruise LLC and GM Cruise Holdings LLC in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. I certify that I am admitted to practice in this Court.

Dated: July 29, 2021

Respectfully submitted,

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*/s/ Kyle K. Batter*
Kyle K. Batter
*Attorneys for Plaintiffs Cruise LLC and GM Cruise Holdings LLC*