1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Diane M. Doolittle (Bar No. 142046)
2  dianedoolittle@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3  margretcaruso@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
5  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
6
7  *Attorneys for Plaintiffs Cruise LLC
   and GM Cruise Holdings LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05685<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Brett Arnold, hereby appear as counsel for Plaintiffs Cruise LLC and GM Cruise Holdings LLC in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. I certify that I am admitted to practice in this Court.

Dated: July 29, 2021

Respectfully submitted,

Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*/s/ Brett Arnold*
Brett Arnold
*Attorneys for Plaintiffs Cruise LLC and
GM Cruise Holdings LLC*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Brett Arnold has concurred in this filing.

Dated: July 29, 2021

Quinn Emanuel Urquhart & Sullivan LLP

*/s/ Kyle K. Batter*
Kyle K. Batter

-1-

Case No. 3:21-cv-05685
NOTICE OF APPEARANCE