QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiffs Cruise LLC
and GM Cruise Holdings LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>         Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>         Defendant. | CASE NO. 3:21-cv-05685<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores CA 94065.

On July 29, 2021, I served true copies of the following document(s) described as

1. **COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN; COMMON LAW TRADEMARK INFRINGEMENT; AND UNFAIR COMPETITION**

2. **SUMMONS IN A CIVIL ACTION**

3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

4. **PRETRIAL INSTRUCTIONS – HONORABLE SUSAN ILLSTON**

5. **INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE – HONORABLE SUSAN ILLSTON**

6. **JUDGE ILLSTON'S STANDING ORDER**

7. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

8. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

on the interested parties in this action as follows:

| *Defendant Ford Motor Company* | Counsel of Record |
|---|---|
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | Gregory S. Gilchrist |
| | ggilchrist@kilpatricktownsend.com |
| | Gia L. Cincone |
| | gcincone@kilpatricktownsend.com |
| | Two Embarcadero Center, Suite 1900 |
| | San Francisco, CA 94111 |
| | |
| | William H. Brewster |
| | bbrewster@kilpatricktownsend.com |
| | R. Charles Henn, Jr. |
| | chenn@kilpatricktownsend.com |
| | Nichole Davis Chollet |
| | nchollet@kilpatricktownsend.com |
| | 1100 Peachtree Street NE, Suite 2800 |
| | Atlanta, GA 30309 |

| | |
|---|---|
| 1 | **BY FEDEX AND EMAIL:** I caused such documents to be FedEx'd to the individuals at the addresses listed above and personally transmitted to the individuals at the email addresses listed above. |
| 2 | |

*/s/ Kyle Batter*

_____

Kyle K. Batter

-2-

PROOF OF SERVICE