KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
GIA L. CINCONE (State Bar No. 141668)
gcincone@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300

WILLIAM H. BREWSTER (admitted *pro hac vice*)
bbrewster@kilpatricktownsend.com
R. CHARLES HENN JR. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:   (404) 815-6500
Facsimile:   (404) 815-6555

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company,  GM CRUISE HOLDINGS LLC, a Delaware limited liability company, GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 3:21-cv-05685-SI<br><br>**DECLARATION OF NICHOLE DAVIS CHOLLET IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      September 10, 2021<br>Time:     10:00 a.m.<br>Ctrm.:    1 – 17th Floor<br>Judge:    Hon. Susan Illston<br><br>Complaint Filed:      July 23, 2021 |

## **TABLE OF CONTENTS**

I.      Use of "Cruise" in Connection With Vehicles ............................................................ 2

II.     Use of "Adaptive Cruise" in Vehicles ....................................................................... 10

III.    CLLC and its CRUISE Trademark Application ....................................................... 15

IV.     GM's Four-Year Coexistence with CAI .................................................................... 19

V.      GM's Use of the Terms "Cruise" and "Super Cruise" in Patent
        Applications ................................................................................................................. 19

VI.     Third-Party Uses of "Super Cruise Control" to Refer to Cruise Systems................. 21

VII.    Non-Trademark Uses of "Super Cruise Control" in Connection With GM ............. 23

VIII.   GM's Super Cruise System......................................................................................... 24

IX.     Pre-Litigation Correspondence Among the Parties ................................................... 27

X.      Petitions to Cancel Plaintiffs' Trademark Registrations........................................... 28

XI.     Third-Party Federal Registrations of SUPER- and CRUISE-Formative
        Marks ........................................................................................................................... 28

XII.    Third-Party Use of CRUISE-Formative Marks ........................................................ 31

XIII.   GM's Prior Arguments to the USPTO and the Seventh Circuit ............................... 38

XIV.    Plaintiffs' Other "Cruise" Names.............................................................................. 40

XV.     Plaintiffs' Preliminary Injunction Submissions ....................................................... 40

1    I, Nichole Davis Chollet, declare as follows:

2    1.    I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP, and am

3    one of the attorneys representing Ford Motor Company ("Ford") in this action filed by General

4    Motors LLC ("GM"), Cruise, LLC ("CLLC"), and GM Cruise Holdings LLC. I am over the age

5    of twenty-one, am competent to make this Declaration, and the facts below are based upon my

6    personal knowledge and my review of publicly available documents and those kept in the

7    ordinary course of business by my firm. I submit this declaration in support of Ford's Opposition

8    to Plaintiffs' Motion for Preliminary Injunction.

9    **I.    Use of "Cruise" in Connection With Vehicles**

10    2.    I conducted extensive research into the historical and present use of "cruise" in

11    connection with the motor vehicle industry, including by the parties to this litigation.

12    3.    First, I conducted Internet searches for images showing use of the word "cruise"

13    inside vehicles. True and correct copies of representative images resulting from my searches are

14    attached collectively as **Exhibit 1**, including the examples below, at least the first two of which

15    purport to be in GM vehicles.

16

17

18    

19

20

21

22

23

24

25

26

27

28











1
2
3
4
5
6
7
8
9
10
11
12



13   4.      Second, I conducted Internet searches for uses of "cruise" and its other tenses and

14   forms in connection with robotaxis and advanced driver assist systems. Representative examples

15   of the results of those searches, including those described below, are attached collectively as

16   **Exhibit 2**, and contain the following usage excerpts:

17   • "Meet the Founder Trying to Start the Self-Driving Car Revolution": "We **cruised** toward

18        a row of pylons at 40 mph—and then the steering abruptly lurched to the left and swerved

19        right, as if it were trying to regain composure, before skidding to a stop." – *Inc.*, February

20        2015;

21   • "Self-driving Chevy Bolts are **cruising** the streets of San Francisco." – *Mashable*, May 19,

22        2016;

23   • "General Motors has noodled with the idea of automated vehicles since at least the mid-

24        1950s, when the company produced a film with its Firebird II concept car that showed a

25        family **cruising** down a highway autonomously." – *Car and Driver*, November 29, 2017;

26   • "The medium-term plan is for multiple autonomous vehicles to **cruise** around the track at

27        the same time, all monitored from a control center." – *Continental*, 2018;

28

DECLARATION OF NICHOLE DAVIS CHOLLET                                                    - 5 -
CASE NO. 3:21-cv-05685-SI

- "The regulatory approval announced Tuesday allows Waymo's driverless cars to **cruise** through California at speeds up to 65 miles per hour." – *VOA News*, October 30, 2018;

- "Imagine if instead of paying for downtown parking, you could just have your car **cruise** the streets by itself while you attended to your business, and then return to pick you up when summoned?;" "for most self-driving automobiles to **cruise** city-center streets at typical traffic speeds;" set their vehicles to **cruise** at such speeds…;" and "such as miles driven, **cruising** speed, time of day, and location." – *New Atlas*, February 1, 2019;

- *The Dallas Morning News* article published on August 6, 2019: "Self-driving trucks are **cruising** down I-45 between Dallas and Houston." – *The Dallas Morning News*, August 6, 2019;

- *Indiana Times* article published on September 1, 2020: "Tesla brought in some **cruise** set speed improvements. The new update allows Tesla owners to set the **cruise** speed to the speed limit of the road with just a tap on the speed limit sign. For setting the **cruise** speed to any other speed, users can simply tap the cluster speedometer once the required speed is achieved in Traffic-Aware Cruise Control or Autosteer mode." – *Indiana Times*, September 1, 2020;

- *Hour Detroit* article published on February 9, 2021: "That combo allows hands-off **cruising** for a few seconds in scenarios where road edges and lane markers are clearly visible to the vehicles' cameras." – *Hour Detroit*, February 9, 2021;

5.      Third, I conducted Internet searches for historical uses of "cruise" and its other tenses and forms in Ford advertisements. Representative examples of the results of those searches, including those described below, are attached collectively as **Exhibit 3**, and contain the following usage excerpts:

- 1946 ad for the Ford Convertible Club Coupe: "high **cruising speeds** with smoothness, quietness and economy."

- 1949 Lincoln ad: "As you **cruise along**, is it possible that these fine big cars demand so little from you?"

- 1956 ad for the Ford Thunderbird: "luxury **cruiser**."

- 1966 ad for the Ford Thunderbird: "Highway Pilot Control option . . . lets you set, retard, and resume your **cruising** speed with just a flick of your finger."

- 1967 ad for the Ford Fairlane: "They corner, climb, and **cruise** like great road cars were meant to."

- 1998 ad for the Ford Mustang: "Jack . . . eased the monster's V-8 into 'slow **cruise**.'"

6.      Fourth, I conducted Internet searches for GM's use of "cruise" and its other tenses and forms in advertising, marketing, and promotional materials. Representative examples from the results of those searches, including those excerpted below, are attached collectively as **Exhibit 4**.

- 1951 ad for the Chevrolet Styleline Deluxe entitled "Family affair . . . some things a man likes to know when he leaves the car for his wife": "She'll guide this Powerglide Chevrolet through traffic . . . stop, start, **cruise** along . . . without having to take a hand from the wheel."

- 1968 ad for Oldsmobile Vista **Cruiser**, Chevrolet Sport-Van, and GMC Camper-**Cruiser**.

- 1969 ad for Pontiac Grand Prix: "designed for **cruising**, but built for cornering."

- July 5, 2012 Chevrolet press release: Corvettes "have become synonymous with American performance – from **cruising** down Americana on Route 66 to taking the checkered flag at the world's most prestigious road race."

- February 19, 2014 GM press release: "Riders looking for a lift should watch for wrapped Chevrolet Impalas and Volts **cruising** the streets."

- August 12, 2014 Chevrolet press release explaining multi-year sponsorship of Woodward Dream **Cruise**, "the "world's largest single-day car enthusiast event."

- November 6, 2014 GM press release: "The wider gearing spread also allows the use of a lower 3.23:1 rear axle ratio, which reduces engine speeds and fuel consumption, especially during highway **cruising**."

- November 7, 2014 GM press release: "When a truck's tachometer says that its engine is comfortably **cruising** at 3,600 RPM, that means a crankshaft is revolving 60 times each second inside its bearings on a thin coating of oil."

- January 12, 2015 GM press release: "Drivers will be able to select operating modes

designed around preferred driving styles such as daily commuting and spirited weekend **cruising**, for uncompromising electric driving."

- July 28, 2015 Chevrolet press release: "engaged in **cruise mode**" and "**non-cruise mode**."

- April 6, 2017 GM press release: "As a result, the suspension delivers both improved body-motion control during cornering and a more comfortable ride while **cruising**."

- October 2020 article quoting CLLC CEO: "All anyone will see is a car, silently driving by itself through the city. Not speeding. Not crashing. Just **quietly cruising**."

- Numerous examples from GM's social media accounts, including the following:

 **Cadillac** ✔ @Cadillac · Jan 19, 2017 ···
We can't think of a better way to **cruise** the California roads than in a black Cadillac. Which model did you have in mind? ^SG

            ♡ 1       

 **General Motors** ✔ @GM · Aug 17, 2015 ···
The **cruise** is over, but you can still dream. Check out our FB for some fan favorite cruisers: s.gm.com/t7y



💬 1          ⟲ 13          ♡ 39          ↑

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Buick** ✔ @Buick · Sep 28, 2017

The best day for a classic **cruise**? Any day. #TBT

📷: Bary R. Seldon



💬 6          ↻ 39          ♡ 180          ⬆

**GMC** ✔ @GMC · Sep 1, 2019

**Cruise** the coast #LikeAPro. The First Ever #GMCSierra #AT4.



💬 7          ↻ 39          ♡ 268          ⬆



## II.   Use of "Adaptive Cruise" in Vehicles

7.   I conducted research into the historical and present use of "adaptive cruise" in connection with the motor vehicle industry, including by the parties to this litigation.

8.   First, I conducted Internet searches for images showing use of the word "adaptive cruise" in vehicles. True and correct copies of images resulting from my searches are attached collectively as **Exhibit 5**, including the examples below, at least the first four of which purport to be in GM vehicles.









1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16      9.      Second, I conducted Internet searches for uses of "adaptive cruise" by automotive

17  companies and the media. There were thousands of results. True and correct examples of articles

18  resulting from my searches, with highlighting, are collectively attached as **Exhibit 6**, including

19  those excerpted below in chronological order:

20      •   "Crazy as this sounds, **Adaptive Cruise** gets you looking forward to slow-and-go traffic,

21          the same way Disneyland's Autopia does for kids." – *Motor Trend*, July 1, 2008;

22      •   "The Ford Fusion is one such model, and for 2017 Ford added a stop-and-go feature to

23          its existing **adaptive cruise** technology that automatically accelerates and brakes so the

24          driver maintains a safe distance between vehicles in traffic." – *autoNXT*, July 7, 2017;

25      •   "It's more advanced than existing **adaptive cruise** features because Audi says the car

26          will accelerate on its own when traffic moves off, and the driver won't need to keep a

27          hand on the wheel or pay continuous attention." – *Motor1*, October 6, 2017;

28      •   "There's a new front bumper cover that can host **adaptive cruise** capabilities." –

1   *Motor1.com*, April 20, 2018;

2   • "[I]t does supply stop-and-go **adaptive cruise** capability." – *New York Daily News*,

3   November 14, 2018;

4   • "Hyundai says this will help drivers who have been reluctant to use **adaptive cruise**

5   technology as a result of unfamiliarity with the behaviour of such systems – aiming to

6   bring a more human feel to its self-driving capabilities." – *Motor Match*, October 22,

7   2019;

8   • "The one thing he really felt was missing was adaptive cruise capabilities, although that

9   would necessitate a further options package." – *Motor Trend*, January 30, 2020;

10   • "However, we expect **adaptive cruise** is certainly destined for future touring models." –

11   *Motorbike Writer*, October 30, 2020;

12   • "Traffic Jam Assist is new while **Adaptive Cruise** features more natural braking and

13   quicker reflexes." – *The Drive*, April 28, 2021; and

14   • "When the Navigator is in **adaptive cruise** mode, radar scans the road ahead and detects

15   if you are approaching slower traffic." – *Lincoln.com*, 2021.

16   **III.   CLLC and its CRUISE Trademark Application**

17   10.   According to a GM press release dated March 11, 2016, Cruise Automation Inc.

18   ("CAI") was founded in 2013 by Kyle Vogt to "develop and test autonomous vehicle technology

19   in San Francisco's challenging city environment." A true and correct copy of the press release is

20   attached as **Exhibit 7**.

21   11.   According to an article from Soma Capital's website regarding GM's acquisition,

22   CAI "initially focused on developing direct-to-consumer kits to retrofit vehicles with limited self-

23   driving capabilities" but shifted its strategy in 2015 "and began writing software to be used for

24   fully self-driving vehicles." The article also states that CAI founder Kyle Vogt previously founded

25   Twitch, which was sold to Amazon "for $970 million." A true and correct copy of the article is

26   attached as **Exhibit 8**.

27   12.   According to an article in *The Verge* dated June 15, 2021, GM provided CLLC

28   (formerly CAI) with a "$5 billion line of credit," a large sum for a company that was already "one

of the better capitalized autonomous vehicle companies in the world" with a "total war chest" of "over $10 billion." The article also states that CLLC "hasn't launched its ride-hail service yet, nor has it revealed an actual working version of the Origin. The company has a beta ride-hailing service, but it's only available to employees, and [the company] won't say when it will be available to the broader public." A true and correct copy of the article is attached as **Exhibit 9**.

13.      According to an article in *Fortune* dated August 9, 2016, "GM's Cruise Automation" expanded testing of self-driving Chevy Bolt EVs from San Francisco to Arizona in 2016. A true and correct copy of an excerpt from that article is attached as **Exhibit 10**.

14.      According to CLLC's website, the company's "Origin" robotaxi will display the word "cruise" in small, lower-case orange text at the bottom of one of the doors, as shown below:



15.      According to CLLC's website, the company's "AV" robotaxi displays the word "cruise" in lower-case text on the back door, with model names like "Poppy" and "Burrito" appearing with capitalization on the C-pillar and hood, as shown below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16        The Boyden Declaration submitted with CLLC's preliminary injunction papers
states in Paragraph 5 that "in the years ahead," CLLC will offer self-driving vehicles.

17        According to records from the United States Patent and Trademark ("USPTO")
website, on April 22, 2016, GM filed an intent-to-use application for the mark CRUISE in
connection with "computer software for the autonomous driving of motor vehicles." A true and
correct copy of the application, bearing serial number 87010961, is attached as **Exhibit 11**. (This
application, while pending, was assigned to GM Cruise Holdings LLC.).

18        According to records from the USPTO website, on June 13, 2019, GM submitted a
sworn declaration testifying that the CRUISE mark was "first used" by GM "at least as early as
04/01/2018" in connection with the goods listed in the application. To support this sworn
declaration, GM attached a specimen purporting to show use of CRUISE in connection with
software called "Webviz." True and correct copies of the specimen and declaration of use are
collectively attached as **Exhibit 12**.

19. GM later explained to the USPTO that Webviz enables CLLC's "engineers to analyze vehicle performance and iterate quickly." A true and correct copy of a screenshot of CLLC's website that GM submitted to the USTPO on January 16, 2020 is attached as **Exhibit 13**.

20. According to an article written by CLLC on June 18, 2019, the company initially developed Webviz as a purely internal tool, but later decided "to open source it as a general robotics data inspection tool" with "general panels that any robotics developer" can use. A true and correct copy of that article is attached as **Exhibit 14**.

### IV. GM's Four-Year Coexistence with CAI

21. On page 4 of their preliminary injunction motion, Plaintiffs state that GM announced "technology using the Super Cruise name in 2012," i.e., four years before it acquired CAI.

22. On page 9 of their preliminary injunction motion, Plaintiffs state that CAI "has used the CRUISE-related marks in connection with its goods and services since 2013," i.e., three years before it was acquired by GM.

23. I reviewed GM's publicly-available Form 10-K Annual Reports from 2012 to 2016. The first such report mentioning CAI was from 2016, which is available at the SEC's website and at <https://investor.gm.com/node/17541/html>.

24. I conducted Internet searches and searches of the USPTO website, and I did not discover any indication that GM and CLLC (or CAI) were related, or had a license or other agreement, regarding the use of the terms "Super Cruise" or "Cruise" prior to 2016.

### V. GM's Use of the Terms "Cruise" and "Super Cruise" in Patent Applications

25. I conducted a search of the USPTO patent database for the use of "cruise" or "super cruise" in patent applications. There were thousands of results for "cruise," and several results for "super cruise" in applications submitted by GM and its subsidiaries, including GM Global Technology Operations LLC ("GMGTO").

26. On October 13, 2016, GM and GMGTO submitted a patent application for "Dynamic updating of route eligibility for semi-autonomous driving." The USPTO issued GM and GMGTO a patent on July 9, 2019 (No. 10,347,125). A true and correct copy of excerpts from the

patent, with highlighting, is attached as **Exhibit 15** and excerpted below.

- "in addition to controlling speed and/or position of the vehicle relative to other vehicles, **the cruise control system may control steering wheel position of the vehicle, or otherwise guide the vehicle by directing the vehicle** while the cruise control system is activated. The cruise control system may therefore be **a super cruise system**, where the vehicle generally guides the vehicle on a road such that a driver can cruise at a desired speed or range of speeds, and need not manually steer the vehicle to maintain the vehicle in a desired lane and/or avoid other vehicles."

- "a semi-autonomous driving system **such as a super cruise system** may be used while traversing a particular route."

- "**a super cruise mode** of the cruise control system," "use of **a super cruise feature**," and "use of **a super cruise function**."

27.    On June 4, 2018, GMGTO submitted a patent application for "Systems, method and apparatuses for detecting elevated freeways to prevent engaging **cruise** features." The USPTO issued GMGTO a patent on February 16, 2021 (No. 10,922,969). A true and correct copy excerpts from the patent, with highlighting, is attached as **Exhibit 16** and excerpted below.

- "For example, this may include a more limited level of autonomous driving function (i.e. **a cruise mode**) or a less limited of higher level (i.e. **a super cruise mode** or level 2 autonomous driving level)."

- "**a super cruise** or cruise feature (i.e. an enhanced automated driving feature)."

28.    On March 14, 2018, GMGTO submitted a patent application for "Remote end-point drop-off navigation guidance." A true and correct copy of excerpts from that application (No. 20180095608A1), with highlighting, is attached as **Exhibit 17** and excerpted below.

- "Alternatively, the cruise control resume menu item may be replaced with a cruise control cancel menu item that may be initiated to cancel or deactivate the speed control of a vehicle or **a super cruise control** or autonomous control menu item that may be initiated to activate automated driving features."

29.     On October 5, 2016, GMGTO submitted a patent application for "Method and apparatus for controlling a vehicle." A true and correct copy of excerpts from that application (No. 20190286126A1), with highlighting, is attached as **Exhibit 18** and excerpted below.

- "At a minimum, the cruise control system may be **a super cruise system**, where the vehicle generally guides the vehicle on a road such that a driver can cruise at a desired speed or range of speeds, and need not manually steer the vehicle to maintain the vehicle in a desired lane and/or avoid other vehicles."

## VI.     Third-Party Uses of "Super Cruise Control" to Refer to Cruise Systems

30.     I conducted Internet searches for uses of "super cruise" prior to GM's claimed first use of "Super Cruise." According to the results of these searches, since at least as early as 1995, professors, authors, and commentators have remarked publicly on the feasibility and benefits of "super cruise control" systems. Such uses of "super cruise control" systems have continued until as recently as 2019, true and correct copies of which are attached collectively as **Exhibit 19**, including those described below.

- In 1993, Dean A. Pomerleau published a book entitled *Neural Network Perception for Mobile Robot Guidance*, in which he stated: "One long term goal of this work is the development of **a super cruise control system** capable of controlling both the vehicle's speed and steering."

- In 1995, the Institute of Electrical and Electronics Engineers ("IEEE") published a paper entitled "Fitness-based modular visuosteering architecture for **super cruise control of automobiles**," in connection with a conference in Detroit, Michigan. The abstract of the paper begins: "**Super cruise control** adds the feature of automatic steering or lateral control to the ordinary intelligent cruise control that implements only longitudinal control using brakes and accelerators. This paper addresses the problem of steering control needed for **super cruise control** in which automatic steering is effected in a rather limited driving environment, that is, driving on highways at high speeds."

- In October 2010, Sacramento newspaper *The State Hornet* published an article about Google's work on autonomous cars, quoting an engineering professor as explaining, "It's

way **more than super cruise control** . . . . It's a fully autonomous vehicle, a dream in the intelligent transportation community."

- In October 2010, *Gizmodo* published an article about Google's work on autonomous cars, quoting a Google engineer describing the autonomous driving as "**Super Cruise Control**."

- In January 2013, *The New York Times* published an article about technologies that "are changing the way cars are driven," including "Traffic jam assistance" and "**Super cruise control.**"

- In 2013, *Goliath* published an article listing "cool tech options for your car," including ""**Super Cruise Control**. . . . This is basically one step away from having a completely autonomous self-driving car. This **type of super cruise control system** is available from car makers such as Toyota and Lexus."

- On April 4, 2015, *The Wall Street* journal published an article on Tesla: "The first tranche of functions amount to **a kind of super cruise control**, giving the cars the ability to follow roads, adjust for traffic and automatically brake to avoid an accident."

- On May 6, 2015, *Popular Mechanics* published an article stating: "In fact, **the super cruise control** on this truck is already out there in Mercedes-Benz cars . . . ."

- On March 2, 2016, *Forbes* published an article on tires for self-driving cars, stating: "A second, more realistic, tire concept that might come to production with the first wave of '**super cruise control**' self-driving vehicles, is the Goodyear Intelligrip."

- On September 7, 2016, *RCN Wireless News* published an article on semi-autonomous technology in vehicles, stating: "In the meantime, if you use Autopilot in Tesla **or other similar super cruise control function,** don't take your eyes off the road or your hands off the steering wheel."

- On October 25, 2016, *The San Francisco Chronicle* published an article on driverless trucks: "[The company] says autonomy can work **as a kind of super cruise control** on the predictable lanes of highways, while human drivers handle everything else, such as entering and exiting highways and navigating city streets."

- On April 22, 2019, *The Wall Street Journal* published an article regarding robotaxis: "While not a self-driving technology, the features **are essentially a super cruise control**, allowing a driver to turn on features that keep the car in its lane and traveling at the speed of traffic."

VII.   **Non-Trademark Uses of "Super Cruise Control" in Connection With GM**

31.    My Internet searches for uses of "super cruise" revealed numerous non-trademark uses of "super cruise control" by GM or in articles mentioning GM. True and correct copies of those articles, including those described below, are attached collectively as **Exhibit 20**.

- In March 2012, *Autoweek* published an article about a new driving system in the Cadillac SRX, writing: "This particular system is dubbed '**super cruise control**' by the gearheads [at GM] behind the project, though they admit that the marketeers likely will have other, catchier names."

- In April 2012, *Autoblog* published an article about the same Cadillac SRX system, writing: "We started up the SRX and pulled onto the three-mile oval track, set the **cruise control** and then pressed a button on the steering wheel which engages a lane-centering system that has been dubbed '**Super Cruise Control**.' . . . Using a series of cameras and radar sensors discretely mounted on the front and back of the crossover, **Super Cruise Control** keeps the vehicle perfectly centered in its lane."

- In November 2013, *The Legislative Report* published an article reporting on a Michigan House of Representatives meeting, where the "GM representative . . . mentioned the company's '**super-cruise control**,' technology that will offer limited, automated steering."

- In December 2013, *The Legislative Report* published another article on the Michigan bill, writing: "The GM witness proposed changes . . . although automakers have developed **super cruise control** which regulates lane and speed control without hands on driving, it is the contention of the automakers that we are still a ways off before a vehicle is fully autonomous."

- In 2014, the co-founder of Plaintiff Cruise, LLC (then Cruise Automation, Inc.), Kyle Vogt, sat on a panel explaining that "There is a strong value proposition for early partial

DECLARATION OF NICHOLE DAVIS CHOLLET                                                    - 23 -
CASE NO. 3:21-cv-05685-SI

automation such as parking, traffic jam assist, and **highway super cruise control**."

- On January 6, 2015, *The Herald* published an article on Mercedes technology, stating: "The Mercedes highway feature is similar to **a super cruise control system** from General Motors, which plans to equip Cadillac cars with the technology from 2017."

- In October 2015, *Fleet Owner* published an article reporting that GM CEO Mary Barra "added that GM has been testing '**super cruise control**' since 2012 and plans to make that system available on the 2017 Cadillac CT6."

- In June 2017, CNBC ran a story about "General Motor's new '**super cruise control'** technology that allows for a limited hands-free driving experience in its Cadillac CT6."



General Motors Launching 'Super Cruise Control' Technology For Hands-Free Driving | CNBC

10,195 views · Jun 28, 2017

 **CNBC** ✓
2.38M subscribers

CNBC's Phil LeBeau reports on General Motor's new "super cruise control" technology that allows for a limited hands-free driving experience in its Cadillac CT6.
» Subscribe to CNBC: http://cnb.cx/SubscribeCNBC

- In August 2019, *Tech Strategy* published an article discussing GM, but stating about Tesla: "Tesla's autopilot features are **essentially a super cruise control**, allowing a driver to turn on features that keep the car in its lane and traveling at the speed of traffic."

## VIII.   <u>GM's Super Cruise System</u>

32.     According to an April 10, 2017 press release by Cadillac, GM's Super Cruise system was initially available only "as an option on the 2018 Cadillac CT6 prestige sedan." A true

and correct copy of that press release is attached as **Exhibit 21**.

33.     According to Cars.com, the 2018 Cadillac CT6 was available in nine "trims," ranging from $54,095 to $88,295, prior to the addition of features and packages. A true and correct excerpt from the Cars.com website showing the foregoing information is attached as **Exhibit 22**.

34.     According to a November 14, 2020 article from *GM Authority*, although "Cadillac has officially priced Super Cruise at $2,500 on the [2021] CT5, . . . that is only a small part of the true cost." The article states that "the lowest possible price for a 2021 CT5 fitted with Super Cruise" is "$16,680 more than the MSRP of a base Premium Luxury model," which is already $41,790." A true and correct copy of that article is attached as **Exhibit 23**.

35.     According to GM, in a document entitled "Driver Assistance Systems" and dated June 4, 2021, GM's Super Cruise system is "a driver assistance feature that enhances Adaptive Cruise Control." A true and correct copy of the foregoing document is attached as **Exhibit 24**.

36.     In the 2021 Cadillac Escalade Owner's Manual, GM lists "Super Cruise" as falling within the category of "Cruise Control," alongside "Adaptive Cruise Control." The manual also refers to the system as "Super Cruise Control," states that: an "active Super Cruise service plan is required" to use the system; Super Cruise only works on "compatible highway[s]" as determined by the vehicle's GPS; and that Super Cruise only works when Adaptive Cruise Control is engaged. A copy of the manual is available at <my.cadillac.com>, and certain portions appear below, with highlights:

| **Collision/Detection Systems** | An active Super Cruise service plan is required to use Super Cruise. | **When Super Cruise is Available** |
| --- | --- | --- |
| Touch and the following may display:<br>• Alert Type<br>• Forward Collision System<br>• Front Pedestrian Detection<br>• Intersection Stop Alert<br>• Adaptive Cruise Go Notifier<br>• Lane Change Alert<br>• Seat Belt Tightening<br>• Park Assist<br>• Park Assist Towbar<br>• Rear Camera Park Assist Symbols<br>• Rear Cross Traffic Alert<br>• Super Cruise Lane Change<br>• Rear Pedestrian Detection | **Cruise Control**<br>Cruise Control . . . . . . . . . . . . . . . . . . . 269<br>Adaptive Cruise Control<br>  (Advanced) . . . . . . . . . . . . . . . . . . . . 271<br>Super Cruise . . . . . . . . . . . . . . . . . . . . 281<br><br>If equipped, the following driver assistance features should be turned off when towing a trailer:<br>• Adaptive Cruise Control (ACC)<br>• Super Cruise Control<br>• Lane Keep Assist (LKA)<br>• Park Assist<br>• Automatic Parking Assist (APA) | <br>Super Cruise Indicator<br><br>Super Cruise is designed to operate only when:<br>• ACC is on. See *Adaptive Cruise Control (Advanced)* ⬦ *271*.<br>• Teen Driver is not active.<br>• The GPS detects the vehicle is on a compatible highway.<br>• Both the camera and the radar sensors are functioning and not covered, obstructed, or damaged.<br>• The Driver Attention System (DAS) detects the driver's head and eyes are directed toward the road.<br>• The lane markings are clearly visible and able to be detected by the system. |

37.     According to Cadillac's website, GM's Super Cruise system requires a subscription to Cadillac Connected Services.

38.     A true and correct printout from Cadillac's website at <https://www.cadillac.com/ownership/vehicle-technology/super-cruise> is attached as **Exhibit 25**, and an image from that printout appears below:



**STEP 1**

In order to use Super Cruise, first press the Adaptive Cruise Control± button on the steering wheel to turn on Adaptive Cruise Control. The Adaptive Cruise Control symbol will illuminate in white on the instrument cluster. If Adaptive Cruise Control is already set, the symbol will be green with a speed shown.

39.     According to a 2021 Cadillac brochure, which contains extensive Cadillac branding, Cadillac registered the domain name CadillacSuperCruise.com to educate Cadillac owners regarding the Super Cruise system. The brochure also explains that the system requires "an active Wi-Fi hotspot." A true and correct copy of the brochure is attached as **Exhibit 26**, and excerpts from it appear below:

2021



# SUPER CRUISE™
## Convenience &
## Personalization Guide

Review this guide for an overview of the Super Cruise™ driver assistance feature. Even while using Super Cruise, always pay attention while driving and do not use a hand-held device. For compatible highways and more information, visit **cadillacsupercruise.com**. Operation requires an active and eligible Connected Services plan, active Wi-Fi hotspot, working electrical system, cell reception, and GPS signal.

### SUPER CRUISE OVERVIEW



**IX.    Pre-Litigation Correspondence Among the Parties**

40.    A true and correct copy of email sent by Ford's in-house counsel to GM's in-house counsel on April 23, 2021 is attached as **Exhibit 27**.

41.     A true and correct copy of a letter sent by Ford's outside counsel to Plaintiffs' outside counsel on May 24, 2021 is attached as **Exhibit 28**.

42.     Plaintiffs filed their complaint on July 23, 2021. On the same day, GM issued a press release announcing that it would increase in Super Cruise capabilities to include over-the-air update capabilities and expand Super Cruise to additional model year 2022 nameplates, including Chevrolet Silverado, GMC Sierra, and GMC Hummer EV Pickup. A true and correct copy of that press release is attached as **Exhibit 29**.

**X.      Petitions to Cancel Plaintiffs' Trademark Registrations**

43.     Ford has also filed petitions to cancel GM's trademark registrations for CRUISE and SUPER CRUISE with the USPTO.

44.     In its petition to cancel the CRUISE registration, Ford contends that: (a) the mark is generic as to the registered goods; (b) alternatively, the mark is merely descriptive and has not acquired secondary meaning; (c) at the time GM filed its intent-to-use application, it did not have a "bona fide intent to use" the mark in commerce in connection with the applied-for goods; and (d) only CLLC, not GM, made use of the mark. A true and correct copy of the petition is attached as **Exhibit 30**.

45.     In its petition to cancel the SUPER CRUISE registration, Ford contends that: (a) the mark is generic as to the registered goods; and (b) alternatively, the mark is merely descriptive and has not acquired secondary meaning. A true and correct copy of the petition is attached as **Exhibit 31**.

**XI.     Third-Party Federal Registrations of SUPER- and CRUISE-Formative Marks**

46.     I reviewed a commercial trademark search for BlueCruise that Ford obtained on March 1, 2021.

47.     I also conducted several searches of USPTO records using SAEGIS®, a search tool created by CompuMark™.

48.     According to my searches for active federal registrations for marks incorporating the term SUPER, there are:

- 6,893 total registrations;

- 933 registrations in Class 9; and

- 419 registrations in connection with "vehicle" or "automobile" related goods and services.

49.     According to my searches for active federal registrations for marks incorporating the term CRUISE, there are:

- 1847 total registrations;

- 56 registrations in Class 9; and

- 63 registrations in connection with "vehicle" or "automobile" related goods and services, 14 of which overlap with the Class 9 registrations.

50.     A printout from SAEGIS® showing the CRUISE-formative registrations in Class 9 and those registered in connection with "vehicle" or "automobile" related goods and services, including those excerpted below, is attached as **Exhibit 32**. For some of these registrations, the USPTO required the registrant to disclaim rights in the word CRUISE on the ground that the word was not separately protectable.

- GLOBAL CRUISE (No. 2,910,682): "electronic vehicle speed controls" in Class 9;
    - Disclaimer required for CRUISE;

- AUTOCRUISE (No. 3,559,686): "electronic cruise control apparatus" and "driver assistance systems for vehicles, namely radar-based adaptive cruise controls, video-based lane departure warnings and controls, electronic vehicle stability warnings and controls, and accident and collision mitigation warnings and controls" in Class 9 and "automatic braking systems for vehicles" in Class 12;

- SMARTCRUISE (No. 1,972,159): "proximity systems comprising electronic proximity sensor and speed control carried by a motor vehicle for measuring the proximity of the vehicle to other objects and adjusting the speed of the vehicle" in Class 9;

- PULSED CRUISE (No. 4,560,514): "electronic control systems for gasoline engines for providing vehicle fuel and energy management" in Class 9;

- CRUISE-MATE (No. 4,563,854): "cruise controls for motorcycles" in Class 9;

- CRUISE CAR (No. 5,461,855): "entertainment systems in the nature of audio equipment for vehicles" in Class 9;

- CRUISE AMERICA (No. 5,896,773): "dealerships in the field of recreational vehicles" in Class 35;

- CRUISE IN. CASH OUT. (No. 5,689,436): "on-line buying and selling services for motorized vehicles" in Class 35;

- TEXAS DREAM CRUISE (No. 4,365,811): "entertainment services" for "automobile cruising event and automobile exhibition" in Class 41;

  - Disclaimer required for CRUISE;

- BLUE SUEDE CRUISE! (No. 3,128,495): "conducting automobile and automobile parts swap meets" in Class 35 and "automobile parade" in Class 41;

- CRUISE 'N' SNOOZE (No. 4,529,880): "recreational vehicles" in Class 12;

- COMFY CRUISE (No. 3,005,807): "electric blankets . . . for use in automobiles" in Class 11;

- CRUZCONTROL (No. 5,788,060): "mobile application that provides access to an online vehicle marketplace" in Class 9;

- CRUISETEC (No. 5,583,144): "vehicle wheels" and "wheel rims" in Class 12;

- CRUZ (No. 6,008,150): "computer software for coordinating transportation services" in Class 9 and "transportation of passengers by motorized vehicle" in Class 39;

- KUSTOM KRUZE (No. 5,757,461): "vehicle rental" in Class 39;

51. According to the USPTO website, Traxen, Inc. owns a pending application (No. 88/856,565) for IQ-CRUISE for, inter alia, "advanced driver assistance systems for vehicles, namely, downloadable and recorded computer software and related hardware therewith for advanced driver assistance in vehicles" and "downloadable and record computer software for the semi-autonomous driving of vehicles" in Class 9.

52. Plaintiffs did not oppose the IQ-CRUISE application, which was allowed by the USPTO on January 19, 2021. Traxen, Inc. filed its Statement of Use in connection with the application on July 19, 2021, with the below specimen:



**XII.**   **Third-Party Use of CRUISE-Formative Marks**

53.    I conducted Internet searches for uses in commerce of CRUISE-formative marks, and representative examples from my search are described below.

54.    It appears that the registrant of GLOBAL CRUISE, Rostra Precision Controls, Inc., operates the website at <http://www.rostra.com/universal-aftermarket-cruise-control-by-rostra.php> and uses the GLOBAL CRUISE mark in connection with "a cruise control system":

## *Universal Cruise Control System by Rostra*

**Set your speed at the touch of a button!** Once selected, a *Global Cruise* ® cruise control system constantly measures changes in engine loading and vehicle speed in order to maintain a set speed on the highway. Easily set the controls and avoid unintended speeding. To slow down or accelerate, you don't even have to touch the pedal. While column-mounted stalk control switches are available, dashboard or steering wheel-mounted wireless RF switches provide same functionality wherever it's most convenient!

55.    It appears that the registrant of CRUISE-MATE, Cruise-Mate, Inc., operates the website at <https://mycruisemate.com/index.html> and uses the CRUISE-MATE mark in connection with "a cruise control alternative":



56.     It appears that the registrant of AUTOCRUISE grew out of a joint venture as far back as 1998. A history of the company and its AUTOCRUISE division are available at <autocruise.com/societe/>. An example of a cruise control product for sale under the AUTOCRUISE mark appears below.





- The AC1000 has several modes that improve ACC performance at high speed and object detection at low speed in urban environments.

- It has a patented FMFSK waveform, which is even less susceptible to interference.

- Meets 2016+ Euro NCAP requirements including automatic pedestrian emergency braking.

57.     It appears that the registrant of SMARTCRUISE, Bendix Commercial Vehicle Systems LLC, operates the website at <manualsdir.com/manuals/583578/Bendix-commercial-vehicle-systems-vorad-driver.html?page=16&original=1, which contains use of the SMARTCRUISE mark in connection with adaptive cruise.

1

2

3

4

5

6

7

8

9

10

11



12    58.    It appears that the registrant of CRUISE CAR, Cruise Car, Inc., operates the

13 website at <https://www.cruisecarinc.com/> and uses the CRUISE CAR mark in connection with

14 low-speed vehicles.

15

16

17

18

19

20

21

22

23

24



25    59.    It appears that the registrant of CRUISE AMERICA, Cruise America, Inc., operates

26 the website at <https://www.cruiseamerica.com/> and uses CRUISE and CRUISE AMERICA in

27 connection with recreational vehicles.

28





60.     It appears that the registrant of CRUISE IN. CASH OUT., Auto City Sales Corp. d/b/a Driveo, operates the website <driveo.com> and uses the CRUISE IN. CASH OUT. mark in connection with a mobile app for selling used vehicles.



61.     It appears that the registrant of BLUE SUEDE CRUISE, Norwalk Raceway Park, Inc., operates the website <summitmotorsportspark.com> and has been using the BLUE SUEDE CRUISE mark for at least twenty years in connection with car shows.



62.     It appears that the registrant of COMFY CRUISE, Maxsa Innovations, LLC, operates the website at <maxsainnovations.com> and uses the COMFY CRUISE mark in connection with travel blankets meant for car rides.

Comfy Cruise® / **Comfy Cruise® 12 Volt Heated Travel Blanket**

# Comfy Cruise® 12 Volt Heated Travel Blanket
### Comfy Cruise®

Was: ~~$49.95~~

Now: $39.95

63.     An organization called Tupelo Blue Suede Cruise operates the website at <bluesc.com> and has been using the TUPELO BLUE SUEDE CRUISE mark in connection with car shows since at least 2003.



In 2003, the folks of Tupelo, Mississippi decided to host an event that combined their love of fine automobiles with the unique sound of Rock and Roll.

*Thus, the Tupelo Blue Suede Cruise was born.*

BSC has invited car enthusiasts from across the country to visit us during the first weekend in May to showcase a variety of antique, classic and hot rod automobiles. Owners are asked to cruise to different and unique locations that show off the diversity and history that is Tupelo, Mississippi.

64.    The Magazine *Crusin' Times*, available at <cruisintimesmagazine.com>, uses the marks CRUISIN' TIMES and CRUISE-IN WEEKLY in connection with coverage of classic cars and car shows, including "cruise-ins":



65.    According to *Toyota*, the LAND CRUISER vehicle has been on the market since 1951—Toyota's longest-selling car—and sold more than 10 million units globally. A true and correct copy of a press release from Toyota regarding the foregoing information is attached as **Exhibit 33**.

66.    Mack Truck offers PREDICTIVE CRUISE, a combination cruise control system.

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    67.    AVL offers CRUISE and AVL CRUISE, "flexible vehicle driveline simulation

16   solution[s]."

17   CRUISE™ is versatile. You can accurately and reliably predict the energy management of a vehicle concept. Find the
18   best balance between  efficiency, emissions, performance and drive quality. Generate realistic component load
     history for durability analysis and component testing. And use it to support your transmission design process and
19   optimize your shifting strategy.

20    68.    Several car dealerships use CRUISE-formative marks, including:

21    •   CRUISE AUTOS, Corona, California; and

22
23
24
25
26
27    •   CRUISE FAST AUTO SALES, Covington, Washington;

28



### XIII.   GM's Prior Arguments to the USPTO and the Seventh Circuit

69.     According to the USPTO website, third-party Micro Mobio Corporation filed a petition to cancel GM's SUPER CRUISE registration in 2018. On July 8, 2020, GM submitted its "Brief on the Merits" in opposition to the petition, attached here as **Exhibit 34**, arguing that there was no likelihood of confusion between its SUPER CRUISE mark and the petitioner's SUPERCRUISE mark because:

- "**Obviously**, customers who go through a **sales process that takes (in GM's case) several hours** . . . **are not likely to come away from that process confused as to source**.";

- "As **anyone** who has ever purchased a car knows, the process can be **quite lengthy and take several hours**. Sales of GM's vehicles featuring the SUPER CRUISE system **are no different, particularly if the customer chooses to apply for financing**.";

- "[C]ustomers of both Petitioner's and GM's goods are **sophisticated and knowledgeable**, they exercise a **high degree of care**, and they do not purchase the parties' respective goods on impulse or a whim, but only after going through **a lengthy sales process**. These undisputed facts **make confusion all but unimaginable in this case**.";

- "GM's goods are **higher price point items** and that GM's customers **carefully consider** them before purchasing, and that the **sales processes** for both parties' products are **generally quite lengthy and involved**, all of which **leave no room for confusion**";

- "GM's vehicles featuring the SUPER CRUISE system are sold **only through authorized GM dealerships**";

- "[Super Cruise system] is not sold separately as a stand-alone product by GM or any other companies, but instead is **sold with vehicles at the point of purchase of the vehicle itself**

**as part of a package option**. *Id.* GM does not sell individual component parts for the SUPER CRUISE system to the general public that are branded "SUPER CRUISE" either in the aftermarket or through any other channels of trade.";

- "Additionally, **the cost of GM's goods alone** warrants applying the 'discriminating purchaser" rather than the "reasonably prudent person" standard in this case.";

- "The Super Cruise system is an integral part of the **luxury vehicles** on which it is sold";

- "The addition of the SUPER CRUISE hands-free driving package to a Cadillac CT6 vehicle increases the retail price of the vehicle by approximately **$5,000**.";

- "Furthermore, automobiles—**particularly upscale, higher price point vehicles like GM's** Cadillac CT6 vehicles featuring the SUPER CRUISE system—are exactly the type of good that has been found to warrant use of the "discriminating purchaser" standard."

70.     GM's arguments to the USPTO were successful, as the Trademark Trial and Appeal Board ("TTAB") dismissed the cancellation petition.

71.     According to public records, in a prior litigation involving motor vehicle grilles, Chrysler sued GM for trademark infringement and moved for a preliminary injunction. The District Court found no likelihood of confusion and denied the motion. On Chrysler's appeal to the Seventh Circuit, GM submitted a brief containing the following passages, with the District Court's opinion cited as "Op.":

> When viewed **in the context of the vehicles in which they are incorporated**, the grilles do not cause confusion. As the district court found, there is "**little likelihood of consumers confusing the products on the showroom floor**," Op.56-57, and "the H2 grille is much more likely to trigger consumer association with the Humvee (as it was designed to do) than to threaten the strength" of DCX's Jeep grille designs. Op.64. DCX cannot avoid that finding (which is applicable to the entire "family" as well as solely to the Jeep Wrangler and Liberty) by **attempting to compare disembodied grilles in the abstract**. "In determining whether the two marks are similar ... courts appraise the overall impression created by the [marks] and the context in which they are found and consider the totality of factors that could cause confusion among prospective purchasers." *Streetwise Maps, Inc. v. Vandam, Inc.*, 159 F.3d 739 (2d Cir. 1998). . . . Nor can DCX avoid that finding by relying on pre-sale ("initial interest") confusion, because **"[n]one of the relevant motor vehicles is the sort of low-priced item to which a consumer might devote little careful thought**."
> . . .
>
> **"[T]here is little overlap between the DaimlerChrysler products and the General Motors product**." Op.56. Jeeps "ordinarily are sold at Jeep (or DaimlerChrysler)

dealerships, while **the H2 (and the H1) will be sold at General Motors (or Hummer) dealerships.**" *Id.*

. . .

**Whether buying a vehicle that costs $16,000 (like a Jeep) or $50,000 (like an H2), consumers "are likely to use a very high degree of care, especially since they are likely to make their purchases from well-branded dealerships.**" Op.59.

72.    A true and correct copy of excerpts from the foregoing brief are attached as **Exhibit 35**.

73.    GM's arguments to the Seventh Circuit were successful, as the Court of Appeals affirmed the District Court's denial of Chrysler's motion for preliminary injunction. *See AM General Corp. v. DaimlerChrysler Corp.*, 311 F.3d 796 (7th Cir. 2002).

**XIV.    Plaintiffs' Other "Cruise" Names**

74.    I conducted Internet research into whether Plaintiffs using the names Hyper Cruise, Ultra Cruise, Dynacruise, Cruise AV, and Cruise Origin. As discussed above in Paragraph 12, CLLC is not yet offering its "AV" or "Origin" vehicles for sale.

75.    According to a *Motor Authority* article published on January 20, 2021, GM has not yet announced use of Hyper Cruise or Ultra Cruise. A true and correct copy of that article is attached as **Exhibit 36**.

76.    My research revealed no actual use of Hyper Cruise, Ultra Cruise, nor Dynacruise, nor any announcements from Plaintiffs stating when use will begin in the future.

**XV.    Plaintiffs' Preliminary Injunction Submissions**

77.    I have reviewed the papers Plaintiffs submitted in connection with their Complaint and preliminary injunction motion.

78.    The April 14, 2021 *Motor Trend* article states: "Meet BlueCruise, the **Blue Oval**'s answer to similar level 2 setups . . . ." Doolittle Decl., Ex. E.

79.    The April 12, 2021 *Forbes* article states: "Cruise, the San Francisco-based **robotaxi company** . . . ." Boyden Decl., Ex. A.

80.    The April 20, 2012 *Car and Driver* article states: "Baby steps are exactly what the automotive community is experiencing when it comes to fully automated cars. **It started with cruise control** in the early twentieth century and each baby step taken gets us closer and closer to fully autonomous motoring. **The newest baby step, though still in its**

**infancy, is what GM calls Super Cruise** (don't confuse it with sustained, supersonic-level flight afterburners.)" Sledziewski Decl., Ex. 3.

81. The June 13, 2012 *Motor Authority* article states: "It appears that Cadillac will offer its **hands-off adaptive cruise control** on one or more vehicles for the 2014 model year" and "[Super Cruise] represents the next step toward electronically-augmented driving, often characterized as … **Feet Off: Adaptive cruise control**, which continuously controls the accelerator and brake . . . ." Compl. n.4.

82. The October 11, 2013 *Popular Mechanics* article states: **"[GM] has combined two existing technologies—adaptive cruise control and lane centering—into its Super Cruise system**, which allows for hands-free driving at highway speeds." Sledziewski Decl., Ex. 4.

83. The January 20, 2021 *Motor Authority* article states: **"Super Cruise** is currently limited to some Cadillac models . . . The feature combines several **driver-assist features including adaptive cruise control and lane keep assist** with pre-defined map and GPS data to accurately place a vehicle in its lane." Sledziewski Decl., Ex. 10.

84. The February 9, 2021 *CNet* article states: "Hop onto any of the numerous highways that GM has already mapped, **engage the usual adaptive cruise control, then press the Super Cruise button** and wait for the top of the steering wheel to turn green"; and **"If you want your adaptive cruise control to act like, well, regular adaptive cruise control, you can still do that**. But if you want to activate Super Cruise, all you need to do is push the silver button on the right." Sledziewski Decl., Ex. 2.

85. The SAE diagram at Paragraph 5 of the Declaration of Louise Zhang lists "adaptive cruise control" as a "example feature" of SAE Level 1 and SAE Level 2.

86. Plaintiffs' motion, at page 23, states: "Ford's intended use of 'BlueCruise' will lead consumers to think [CLLC] is a supplier of Ford's **lower level systems**, rather than a producer of higher level automated driving technology."

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct to the best of my knowledge.

3  DATED:     August 13, 2021

4

5  _____

   Nichole Davis Chollet

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28