KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
GIA L. CINCONE (State Bar No. 141668)
gcincone@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

WILLIAM H. BREWSTER (admitted *pro hac vice*)
bbrewster@kilpatricktownsend.com
R. CHARLES HENN, JR. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, GENERAL MOTORS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Civil Action No. 3:21-cv-05685-SI <br><br> **DECLARATION OF ADAM LONGARZO** <br><br> Date: September 10, 2021 <br> Time: 10:00 am <br> Ctrm.: 1 – 17th Floor <br> Judge: Hon. Susan Illston <br><br> Complaint Filed: July 23, 2021 |

**DECLARATION OF ADAM LONGARZO IN SUPPORT OF FORD'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**Table of Contents**

I.      Cruise Control, Adaptive Cruise, and Full Automation

II.     Ford's Iconic Branding

III.    Ford's BlueCruise Feature within Ford's Brand Structure

IV.     Ford's Marketing Strategy

V.      Channels of Trade and Customers for Ford's BlueCruise Feature

VI.     Harm to Ford and Third Parties if Ford Could Not Use BlueCruise

VII.    General Motors' Industry Position

IIX.    GM's Super Cruise Feature

IX.     Cruise LLC's Robotaxis.

X.      CLLC is Not a Competitor of Ford

I, Adam Longarzo, declare as follows:

1.      I am over the age of twenty-one, am competent to make this Declaration, and the facts are based upon my personal knowledge or my review of Ford Motor Company's ("Ford") business records or the materials filed in connection with this case. I am the Cross Vehicle Product Marketing Manager for Ford. I submit this declaration in support of Ford's Opposition to Plaintiffs' Motion for Preliminary Injunction.

I.      **Cruise Control, Adaptive Cruise, and Full Automation**

1.      Since the automobile was first invented, automotive makers have used and continue to develop technologies aimed at making driving safe, easier, more fuel-efficient, and ultimately, more autonomous.

2.      For decades, automotive companies have been using technologies to control speed, which are now widely known as "cruise control" or "cruise."

3.      In 1974, in the face of the oil crisis and rising fuel prices, Ford and many other auto manufacturers began including cruise control as a standard assisted driving feature in most vehicles, utilizing vehicle sensors and computer software to automatically control the driving speed of the vehicle. In addition to limiting fuel emissions, cruise control was also touted as a

safety feature that reduced driver fatigue during long drives.

4. Cruise technology utilizes vehicle sensors and computer software to automatically control the driving speed of a motor vehicle, requiring intervention by the driver when necessary.

5. In the 2000s, auto manufacturers introduced adaptive cruise control, also known as adaptive cruise, as the next iteration of driver assist, cruise technology. In addition to being able to control the speed of the vehicle, adaptive cruise uses radar to detect moving vehicles ahead and to modify acceleration and deceleration when necessary. Adaptive cruise is now a standard assisted driving feature in many vehicles today.

6. Companies regularly use the term "cruise" in connection with their cruise control systems, including the more modern variations of adaptive cruise. In particular, motor vehicles long featured the term "cruise" on the steering wheel button or on the stalk or lever that allows the driver to activate cruise functionality.

7. Reflecting the advancements in the past decade in semi-autonomous and autonomous driving technologies, in 2014, SAE International (formerly, the Society of Automotive Engineers) ("SAE") created a taxonomy for levels of driving autonomy. Since that time, SAE has issued three updates to the taxonomy, most recently in April 2021 (the "SAE Framework"). The SAE Framework outlines six (6) levels of autonomy from Level 0 (no driving automation) to Level 5 (full driving automation).

8. The cruise and adaptive cruise features that have been introduced between the 1970s, through the 2000s, and into today typically fall within Level 0 to Level 2, with certain Level 3 features being incorporated into them from time to time. These systems do not reach Level 4 or Level 5 because they continue to require active driver engagement.

9. Self-driving and autonomous driving technology developers, like Ford's partner, Argo AI, are currently in the beta-testing phase of developing and honing SAE Level 4 and Level 5 capabilities.

10. Recently, a number of auto manufacturers have introduced or announced that they will be releasing advance driving assistance systems ("ADAS") that offer hands-free capabilities, including Tesla's AutoPilot, GM's Super Cruise, available on the Cadillac brand, Lexus's

Teammate, and Nissan's ProPilot Assist. All of these hands-free systems build upon cruise and adaptive cruise.

11.     A recent survey done by Maritz of new vehicle customers confirms that for more than half of potential buyers of Ford, Cadillac, and Chevrolet vehicles, assisted driving features are either "Extremely Important" or "Very Important" and close to 1 in every 100 buyers of these brands considers assisted driving features to be the single "most important purchase reason," ranking it in the top 40 most important purchase reasons. The results of the Maritz New Vehicle Customer Survey are attached as **Exhibit 1**.

12.     As a result of the proliferation of new vehicle technologies and features, there have been calls from industry participants for car manufacturers and others to align on common driving technology nomenclature to ensure that customers understand and can safely use the new technologies being introduced. Attached as **Exhibit 2** is a 2019 American Automobile Association (AAA) article regarding the need for consistent nomenclature so that consumers have a solid understanding of their functionality.

**II.    <u>Ford's Iconic Branding</u>**

13.     Ford's branding consists of a hierarchy of strong brand indicators, including the famous FORD brand name, the timeless and well-known Blue Oval, the distinctive color "Ford Blue," as well as iconic name plates for vehicles like the F-150 and Mustang, and others.

14.     Ford adopted the now famous FORD name in 1903, putting the world on wheels with its first Ford Model A sold on July 23, 1903. Since that time, Ford has designed, developed, manufactured, serviced, repaired, and sold automobile and automobile parts and services under the FORD mark. Awareness of the Ford brand in the United States exceeds 90 percent.

15.     The Ford Script logo dates back to 1909, and Ford has prominently featured the oval since 1917. The Ford Blue Oval is Ford's primary corporate logo and one of Ford's strongest assets. It is displayed prominently on all of Ford's vehicles, parts, accessories, on licensed products, corporate reporting, investor relationships, sponsorships, partnerships, joint ventures, financing services, online, on dealership exterior signage, and in many more places. Consumers know and recognize the Ford Blue Oval, and associate it with Ford; awareness of the Ford Blue

1    Oval is well in excess of 80 percent.

2         16.    Integrated into Ford's famous Blue Oval Logo is always the color blue. For

3    example, even as the logo evolved, blue's dominance has not wavered:



7         17.    Ford integrates the color blue into the fabric of its heritage and brand identity,

8    through consistent use of "Ford Blue" which is Pantone 294:



14        18.    Ford is committed to using Ford Blue color across all brand touchpoints, including

15   physical stores, digital experiences, and experiential events. Accordingly, Ford Blue color is

16   featured prominently in advertisements and brand communications. Attached as **Exhibit 3** is

17   Ford's Brand Design System, which details how Ford's famous FORD mark, Blue Oval, and Ford

18   Blue color are implemented and utilized by Ford.

19        19.    In addition to its extensive use of the FORD mark, the Blue Oval, and the Ford

20   Blue color, Ford owns a number of trademark registrations covering these marks. For example,

21   Ford owns the following registrations of the FORD mark and the Blue Oval, several of which

22   prominently feature and claim the color blue:

| Citation | USPTO Status and Date | Goods and Services |
|---|---|---|
| *Ford* <br> **App** 71041417 <br> **Reg** 0074530 | **USPTO Status:** Registered and renewed <br> **USPTO Status Date:** 27-JUN-2019 <br> **App** 26-MAR-1909 <br> **Reg** 20-JUL-1909 | **INT. CL. 12** AUTOMOBILES AND THEIR PARTS |
| **FORD** <br> **App** 72002776 | **USPTO Status:** Registered and renewed | **INT. CL. 12** PASSENGER CARS AND TRUCKS |

| | | |
|---|---|---|
| **Reg** 0643185 | **USPTO Status Date:** 17-MAY-2017<br>**App** 16-FEB-1956<br>**Reg** 26-MAR-1957 | |
| FORD<br>**App** 75318191<br>**Reg** 2208413 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 21-DEC-2018<br>**App** 01-JUL-1997<br>**Reg** 08-DEC-1998 | **INT. CL. 9** ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS IN THE FIELD OF AUTOMOTIVE RACING |
| **App** 73538378<br>**Reg** 1399080 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 04-JUL-2016<br>**App** 17-MAY-1985<br>**Reg** 01-JUL-1986 | **INT. CL. 9** BATTERIES FOR MOTOR VEHICLES, ELECTRIC WIRING SWITCHES, VOLTAGE REGULATORS, RESISTORS, RELAYS, FUSES, ELECTRIC WIRE AND CABLE, RADIO RECEIVING SETS AND PARTS THEREFOR, ELECTRIC CIGARETTE LIGHTERS FOR MOTOR VEHICLES, SPEEDOMETERS, AMMETERS, OIL GAUGES, FUEL GAUGES, TEMPERATURE GAUGES, THERMOSTATS, COMMUTATORS, ELECTRIC CUT-OUTS, COMMUTATOR BRUSHES, LOCKING ELECTRICAL IGNITION SWITCHES<br>**INT. CL. 11** *GOODS OMITTED*<br>**INT. CL. 12** PARTS AND COMPONENTS FOR AUTOMOTIVE VEHICLES; MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS AND BUSES AND STRUCTURAL PARTS THEREFOR<br>*Select Goods/Services Omitted* |
| **App** 73537662<br>**Reg** 1400808 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 16-JUL-2016<br>**App** 15-MAY-1985<br>**Reg** 15-JUL-1986 | **INT. CL. 9** BATTERIES FOR MOTOR VEHICLES, ELECTRIC WIRING SWITCHES, VOLTAGE REGULATORS, RESISTORS, RELAYS, FUSES, ELECTRIC WIRE AND CABLE, RADIO RECEIVING SETS AND PARTS THEREFOR, ELECTRIC CIGARETTE LIGHTERS FOR MOTOR VEHICLES, SPEEDOMETERS, AMMETERS, OIL GAUGES, FUEL GAUGES, |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5 | | | TEMPERATURE GAUGES, THERMOSTATS, COMMUTATORS, ELECTRIC CUT-OUTS, COMMUTATOR BRUSHES, LOCKING ELECTRICAL IGNITION SWITCHES<br>*Select Goods/Services Omitted* |
| 6<br>7<br>8 | *Ford*<br>**App** 75318192<br>**Reg** 2152612 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 01-FEB-2018<br>**App** 01-JUL-1997<br>**Reg** 21-APR-1998 | **INT. CL. 9** ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, INTERACTIVE MULTIMEDIA COMPUTER GAME PROGRAMS IN THE FIELD OF AUTOMOTIVE RACING |
| 9<br>10<br>11<br>12 | FORD<br>*Ford*<br>**App** 77662913<br>**Reg** 3658024 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 17-AUG-2019<br>**App** 04-FEB-2009<br>**Reg** 21-JUL-2009 | **INT. CL. 12** AUTOMOBILES AND ENGINES THEREFORE |
| 13<br>14<br>15<br>16<br>17 | *Ford*<br>**App** 77662907<br>**Reg** 3658023<br>The color blue is claimed as a feature of the mark. | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 17-AUG-2019<br>**App** 04-FEB-2009<br>**Reg** 21-JUL-2009 | **INT. CL. 12** AUTOMOBILES AND ENGINES THEREFORE |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | *Ford*<br>**App** 77649153<br>**Reg** 3657593<br>The color blue is claimed as a feature of the mark. | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 27-JUL-2019<br>**App** 14-JAN-2009<br>**Reg** 21-JUL-2009 | **INT. CL. 35** PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS IN THE AUTOMOTIVE INDUSTRY BY DISSEMINATION OF PROMOTIONAL MATERIALS AND PRODUCT INFORMATION THROUGH AN ONLINE GLOBAL COMPUTER NETWORK, THROUGH THE DISTRIBUTION OF PRINTED MATERIAL, AUDIO AND VIDEO RECORDINGS, TELEVISION AND RADIO RECORDINGS, ONLINE ADVERTISING, AND PROMOTIONAL CONTESTS; RETAIL STORE SERVICES IN THE FIELD OF AUTOMOBILES, AUTOMOBILE PARTS AND ACCESSORIES |

| | USPTO Status: Registered and renewed<br>USPTO Status Date: 07-AUG-2019<br>App 14-JAN-2009<br>Reg 21-JUL-2009 | INT. CL. 37 AUTOMOBILE REPAIR AND MAINTENANCE SERVICES |
|---|---|---|
| **App** 77649195<br>**Reg** 3657597<br><br>The color blue is claimed as a feature of the mark. | | |
| | USPTO Status: Registered and renewed<br>USPTO Status Date: 25-MAR-2012<br>App 19-OCT-1999<br>Reg 30-JUL-2002 | INT. CL. 36 FINANCING OF MOTOR VEHICLE LEASING, FINANCING OF MOTOR VEHICLE SALES, CREDIT CARD SERVICES, INSURANCE UNDERWRITING SERVICES, NAMELY, LIFE, ACCIDENT, AND DISABILITY |
| **App** 75831222<br>**Reg** 2601810<br><br>The color blue is claimed as a feature of the mark | | |

Attached as **Exhibit 4** are true and correct copies of the registrations certificates for each of the foregoing registrations.

20.     As a result of Ford's longstanding and consistent use, the Ford Blue color is inseparable from Ford and from what Ford stands for--a century of hard-earned trust, loyalty, and strength. For example, Ford is often referred to in shorthand as the "Blue Oval." Similarly, retailers, like Home Depot, sell "Ford Blue" paint.

21.     The staple brand assets, including the FORD mark, the Blue Oval, and the Ford Blue color are used throughout Ford's marketing, product promotions, and consumer communications to connect the goods and services closely to Ford. A true and correct copy of Ford's Brand Identity Overview supporting this hierarchy is attached as **Exhibit 5**.

22.     Ford also has developed substantial goodwill in the many of its nameplates, with iconic vehicle names such as the F-150®, Mustang®, Bronco®, and many others.

23.     The origin of the Ford F-150 pickup truck dates back to 1917 and the first Model TT pickup. Ford has been marketing and manufacturing its F-Series trucks since the 1948 model year. As of 2020, Ford's F-Series pickup truck was the best-selling vehicle in the U.S. for the 39th straight year, and the top-selling truck for the 44th straight year.

24.     The iconic Ford F-150 was introduced in 1975 and is now on its 14th generation. The F-150 has been ranked seven years as the Best Buy Award in the pickup truck segment by Kelly Blue Book.

25.     As a result of its long-standing success, the F-150 has been touted by industry observers as "the undisputed heavyweight champion of American roads"; "the iconic F-150," "the runaway success of the venerable model," and "an American icon." Attached as **Exhibit 6** are true and correct copies of the articles with the above-quoted language regarding the F-150.

26.     A hybrid version of the F-150 is already available, and the all-electric Ford F-150 Lightning will roll off the line beginning in 2022. This means America's best-selling truck will be fully electric, a significant feat for the industry and American consumers. Attached as **Exhibit 7** is a true and correct copy of Ford's press release announcing the Ford F-150 Lightning.

27.     Ford owns numerous registrations for the F-150 mark, including the following:

| Citation | USPTO Status and Date | Goods and Services |
|---|---|---|
| **F-150**<br>**App** 77275865<br>**Reg** 3422651 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 07-DEC-2017<br>**App** 10-SEP-2007<br>**Reg** 06-MAY-2008 | **INT. CL. 12** AUTOMOBILES AND EXTERIOR INSIGNIA BADGES AND WINDSHIELDS THEREFOR |
| F-150<br>**App** 75388214<br>**Reg** 2198520 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 01-JAN-2018<br>**App** 12-NOV-1997<br>**Reg** 20-OCT-1998 | **INT. CL. 12** MOTOR VEHICLES, NAMELY, TRUCKS, [ENGINES THEREFOR] AND STRUCTURAL PARTS THEREFOR |
| F-150 PLATINUM<br>**App** 77026074<br>**Reg** 3722751 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 19-DEC-2019<br>**App** 20-OCT-2006<br>**Reg** 08-DEC-2009 | **INT. CL. 12** LAND MOTOR VEHICLES, NAMELY, AUTOMOBILES; EXTERIOR INSIGNIA BADGES FOR VEHICLES |
| F-150<br>**App** 74706997<br>**Reg** 1958166 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 02-MAY-2016<br>**App** 27-JUL-1995<br>**Reg** 20-FEB-1996 | **INT. CL. 16** DECALS |

| F-150<br>**App** 74640056<br>**Reg** 2003682 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 05-DEC-2016<br>**App** 01-MAR-1995<br>**Reg** 24-SEP-1996 | **INT. CL. 28** MINIATURE MODELS OF VEHICLES, TOY VEHICLES, AND HOBBY KITS FOR THE CONSTRUCTION OF MINIATURE VEHICLES |
| F-150<br>**App** 74462567<br>**Reg** 1893178 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 05-DEC-2014<br>**App** 24-NOV-1993<br>**Reg** 09-MAY-1995 | **INT. CL. 25** CLOTHING; NAMELY, SHIRTS, CAPS |
| F-150<br><br>**App** 74462962<br>**Reg** 2044023 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 21-MAR-2017<br>**App** 24-NOV-1993<br>**Reg** 11-MAR-1997 | **INT. CL. 6** METAL KEY RINGS, METAL KEY FOBS, [ METAL MONEY CLIPS,] NON LUMINOUS NON-MECHANICAL METAL SIGNS, [ METAL BANKS, METAL DECORATIVE BOXES, ] METAL LICENSE PLATES |

Attached **Exhibit 8** are true and correct copies of the registration certificates for the foregoing registrations.

28.     The F-150 mark is well-known to consumers, and is closely associated by them with Ford.  The long-standing and legendary "Built Ford Tough" campaign—in the market since 1979—has solidified the tie between the F-150 and the Ford brand.

29.     Ford's Mustang is also an icon. The Mustang was officially unveiled at the largest exhibit at the 1964 New York World's Fair, to instant acclaim, and set the industry record for sales during its first year. Attached as **Exhibit 9** is a true and correct article detailing the history of the Ford Mustang.

30.     The fame of the Ford Mustang has only grown in its over fifty year history. The Mustang first gained celebrity status thanks to its appearances in movies such as "Bullitt", "Goldfinger", and "Diamonds Are Forever", TV series such as "The F.B.I.", and songs such as the Wilson Pickett hit "Mustang Sally."

31.     The popularity of the Mustang has not dimmed in recent years. To the contrary, the Mustang has become "an integral part of our pop culture … Since the day it was introduced, the [M]ustang earned itself a glamorous reputation in the car scene that continues to withstand the test

of time today." Attached as **Exhibit 10** is a true and correct copy of the article detailing the importance of the Mustang in American culture.

32.     Referring to its "legendary history," *Car and Driver* noted recently that the Mustang "continues to be an icon" because "it offers something for everyone" Attached as **Exhibit 11** is a true and correct copy of *Car and Driver's* article on the Ford Mustang. *Car and Driver* also recently named the all-electric Mustang Mach-E as the 2021 electric vehicle of the year.

33.     Ford owns numerous registrations for the MUSTANG mark, including the following:

| Citation | USPTO Status and Date | Goods and Services |
|---|---|---|
| MUSTANG<br><br>App 87230608<br>Reg 5205106 | **USPTO Status:** Registered<br>**USPTO Status Date:** 16-MAY-2017<br>**App** 08-NOV-2016<br>**Reg** 16-MAY-2017 | **INT. CL. 12** MOTORIZED GOLF CARTS |
| MUSTANG<br><br>App 87024484<br>Reg 5967732 | **USPTO Status:** Registered<br>**USPTO Status Date:** 21-JAN-2020<br>**App** 04-MAY-2016<br>**Reg** 21-JAN-2020<br>**Aban** 24-JUN-2019 | **INT. CL. 3** SHOWER GEL |
| MUSTANG<br><br>App 86060091<br>Reg 4717313 | **USPTO Status:** Section 8 - accepted<br>**USPTO Status Date:** 23-JUN-2021<br>**App** 10-SEP-2013<br>**Reg** 07-APR-2015 | **INT. CL. 3** NAIL POLISH |
| MUSTANG<br><br>App 85966265<br>Reg 5008407 | **USPTO Status:** Registered<br>**USPTO Status Date:** 26-JUL-2016<br>**App** 21-JUN-2013<br>**Reg** 26-JUL-2016 | **INT. CL. 28** PLAYING CARDS |
| MUSTANG<br><br>App 85850938<br>Reg 4777625 | **USPTO Status:** Registered<br>**USPTO Status Date:** 21-JUL-2015<br>**App** 15-FEB-2013<br>**Reg** 21-JUL-2015 | **INT. CL. 9** EYEGLASS FRAMES, EYEGLASSES, SUNGLASSES, COMPUTER MICE, COMPUTER MOUSE PADS, COMPUTER KEYBOARDS, MOBILE PHONE CASES |

| | | |
|---|---|---|
| **MUSTANG**<br><br>**App** 85786776<br>**Reg** 4874731 | **USPTO Status:** Registered<br>**USPTO Status Date:** 22-DEC-2015<br>**App** 26-NOV-2012<br>**Reg** 22-DEC-2015 | **INT. CL. 5** AIR FRESHENERS |
| **MUSTANG**<br><br>**App** 77447594<br>**Reg** 4060306 | **USPTO Status:** Section 8 & 15 - accepted and acknowledged<br>**USPTO Status Date:** 12-DEC-2017<br>**App** 14-APR-2008<br>**Reg** 22-NOV-2011 | **INT. CL. 12** BICYCLES |
| **MUSTANG**<br><br>**App** 78965274<br>**Reg** 4272601 | **USPTO Status:** Section 8 & 15 - accepted and acknowledged<br>**USPTO Status Date:** 26-JAN-2018<br>**App** 31-AUG-2006<br>**Reg** 08-JAN-2013 | **INT. CL. 3** COLOGNE, PERFUME, AFTER SHAVE |
| MUSTANG<br>**App** 78150685<br>**Reg** 2770412 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 25-APR-2013<br>**App** 05-AUG-2002<br>**Reg** 30-SEP-2003 | **INT. CL. 3** FRAGRANCES, NAMELY COLOGNE, PERFUME, TOILET WATER, AND AFTERSHAVE LOTION |
| MUSTANG<br>**App** 75164696<br>**Reg** 2061634 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 24-JUN-2017<br>**App** 12-SEP-1996<br>**Reg** 13-MAY-1997 | **INT. CL. 6** METAL LICENSE PLATES |
| MUSTANG<br>**App** 75105460<br>**Reg** 2032384 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 18-MAR-2017<br>**App** 16-MAY-1996<br>**Reg** 21-JAN-1997 | **INT. CL. 26** BELT BUCKLES NOT OF PRECIOUS METAL |
| MUSTANG<br>**App** 75105462<br>**Reg** 2111765 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 26-SEP-2017<br>**App** 16-MAY-1996<br>**Reg** 11-NOV-1997 | **INT. CL. 9** PRERECORDED VIDEO TAPE FEATURING AUTOMOTIVE THEMES |
| MUSTANG | **USPTO Status:** Registered | **INT. CL. 16** POSTERS, BANK CHECKS, |

| | | |
|---|---|---|
| **App** 75035004<br>**Reg** 1995791 | and renewed<br>**USPTO Status Date:** 02-NOV-2016<br>**App** 20-DEC-1995<br>**Reg** 20-AUG-1996 | CHECKBOOK COVERS, SCHOOL FOLDERS, LITHOGRAPHIC PRINTS, AUTOMOTIVE LOG BOOKS, SHOP MANUALS FOR AUTOMOTIVE REPAIR, PAPER WEIGHTS, PAPER CONTAINERS |
| MUSTANG<br>**App** 75035016<br>**Reg** 1995793 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 01-NOV-2016<br>**App** 20-DEC-1995<br>**Reg** 20-AUG-1996 | **INT. CL. 28** JIGSAW PUZZLES |
| MUSTANG<br>**App** 75020566<br>**Reg** 1995783 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 02-NOV-2016<br>**App** 15-NOV-1995<br>**Reg** 20-AUG-1996 | **INT. CL. 12** AUTO PARTS AND ACCESSORIES, NAMELY LICENSE PLATE FRAMES, SUNSHADES, SUN SCREENS, EXTERIOR INSIGNIA BADGES, FITTED AND SEMI-FITTED COVERS FOR VEHICLES, VEHICLE SEAT COVERS, FENDER COVERS |
| MUSTANG<br>**App** 74467633<br>**Reg** 1997313 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 07-NOV-2016<br>**App** 09-DEC-1993<br>**Reg** 27-AUG-1996 | **INT. CL. 24** TOWELS, BLANKETS, CLOTH FLAGS, |
| MUSTANG<br>**App** 74467634<br>**Reg** 1975210 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 11-AUG-2016<br>**App** 09-DEC-1993<br>**Reg** 21-MAY-1996 | **INT. CL. 14** WATCHES, CLOCKS |
| MUSTANG<br>**App** 74459669<br>**Reg** 1918103 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 20-OCT-2015<br>**App** 18-NOV-1993<br>**Reg** 12-SEP-1995 | **INT. CL. 26** ZIPPER PULLS AND CLOTH PATCHES FOR CLOTHING |
| MUSTANG<br>**App** 74459670<br>**Reg** 1858696 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 10-MAY-2014<br>**App** 18-NOV-1993<br>**Reg** 18-OCT-1994 | **INT. CL. 27** FLOOR MATS FOR VEHICLES |
| MUSTANG | **USPTO Status:** Registered | **INT. CL. 6** METAL GOODS; NAMELY, |

| App 74460170<br>Reg 1858362 | and renewed<br>**USPTO Status Date:** 20-OCT-2014<br>**App** 18-NOV-1993<br>**Reg** 18-OCT-1994 | DECORATIVE BOXES, KEY TABS, KEY RINGS AND NON-LUMINOUS NON-MECHANICAL SIGNS |
|---|---|---|
| MUSTANG<br>App 74460172<br>Reg 1917997 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 20-OCT-2015<br>**App** 18-NOV-1993<br>**Reg** 12-SEP-1995 | **INT. CL. 21** BEER MUGS, DRINKING GLASSES, AND MUGS |
| MUSTANG<br>App 74460173<br>Reg 1910094 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 02-SEP-2015<br>**App** 18-NOV-1993<br>**Reg** 08-AUG-1995 | **INT. CL. 20** PLAQUES, NON-METAL KEY FOBS |
| MUSTANG<br>App 74460181<br>Reg 1914604 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 28-SEP-2015<br>**App** 18-NOV-1993<br>**Reg** 29-AUG-1995 | **INT. CL. 9** MAGNETS |
| MUSTANG<br>App 74429895<br>Reg 1922186 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 04-NOV-2015<br>**App** 26-AUG-1993<br>**Reg** 26-SEP-1995 | **INT. CL. 28** TOY REPLICAS OF HISTORIC AUTOMOBILES AND HOBBY KITS FOR THE CONSTRUCTION OF SUCH REPLICAS |
| MUSTANG<br>App 73533611<br>Reg 1467208 | **USPTO Status:** Registered and renewed<br>**USPTO Status Date:** 27-JUL-2017<br>**App** 22-APR-1985<br>**Reg** 01-DEC-1987 | **INT. CL. 12** AUTOMOBILES AND THEIR STRUCTURAL PARTS |

Attached  **Exhibit 12** are true and correct copies of the registration certificates for the foregoing registrations.

34.     The Mustang mark is well-known to consumers, and is closely associated by them with Ford.

35.     Ford's brand hierarchy plays heavily in Ford's naming conventions. For example,

Ford recently announced its plans for a connected vehicle platform that will bear the name Blue Oval Intelligence. Blue Oval Intelligence is a cloud-based platform for integrating electrical, power distribution, computing and software systems, including Ford's Co-Pilot360 safety suite, in connected Ford vehicles. It includes a comprehensive suite of features and services that integrates technology from Amazon, Google, Apple, and others and is capable of deploying updates and new features through over-the-air updates. Blue Oval Intelligence is the means by which Ford's BlueCruise feature will be deployed. Attached as **Exhibit 13** is a description of the Blue Oval Intelligence platform.

36.     Each of Ford's strong brand indicators are used in connection with every technology component and feature offered in a Ford vehicle. The umbrella of those technology safety features is the Ford Co-Pilot360™ system, which is a suite of advanced driver-assist technologies, such as adaptive cruise (with stop-and-go lane centering) and automatic emergency braking. BlueCruise is just one of the ever growing number of features available under the Ford Co-Pilot360 portfolio. Attached as **Exhibit 14** is a Packaging Guide for the new 2021 Ford Mach-E, which demonstrates the extensive branding for a typical Ford vehicle and the BlueCruise placement within the branding hierarchy.

37.     Because it plays a central role in our vehicles, customers closely associate the Ford Co-Pilot360 name with Ford.

III.     **Ford's BlueCruise Name Leverages and Sits Within Ford's Brand Hierarchy**

38.     In November 2020, Ford announced that it would be offering a feature that allowed for hands-free driving on certain portions of U.S. highways, which Ford initially identified as Active Drive Assist. The feature permits drivers in limited-access highways to drive with your hands off the steering wheel, provided the driver is paying attention to the road ahead. The feature is only enabled when the vehicle is using adaptive cruise.

39.     After announcing the upcoming release of Active Drive Assist but before the feature became available for use, Ford took the opportunity to come up with a name that fit within Ford's Blue Oval Intelligence brand hierarchy, resonated with consumers, and was appropriate for this important safety technology. Ford wanted a name that was simple and descriptive in nature

1   and easy for consumers to understand. Ford had no interest whatsoever in selecting a name that

2   would be associated with another company, such as GM or CLLC.

3          40.     Because BlueCruise is built on already available Intelligent Adaptive Cruise with

4   Stop-and-Go, Lane Centering/Lane Keeping, and Speed Sign Recognition, and permits drivers in

5   limited-access highways to drive with their hands off the steering wheel, BlueCruise was

6   ultimately selected because of the easy association with the Ford Blue Oval and Ford Blue color

7   branding and the close association with the cruise technology. Attached as **Exhibit 15** is a true and

8   correct printout of the Ford Co-Pilot360 page on Ford's website describing the BlueCruise feature

9   and its enhancement on adaptive cruise, which states specifically that "BlueCruise is a new

10  technology that builds upon available Intelligent Adaptive Cruise Control . . . ."

11         41.     Because of how the term has been used in the automotive industry for decades,

12  "cruise" was the appropriate word to communicate the functionality to consumers – namely that it

13  would assist the driver with things like acceleration and deceleration but not replace the driver

14  entirely. This is particularly important to convey because to utilize BlueCruise, the driver must

15  activate the hands-free capability through a multi-step series of prompts within the Ford Co-

16  Pilot360 cruise settings, including enabling adaptive cruise. Ford did not want to use language that

17  might mislead consumers about the need for the driver to be engaged.

18         42.     Ford has utilized the term "cruise" as a feature name in the past as well, relying on

19  its ability to easily identify for consumers the function of the feature. For example, in 2012, when

20  Ford developed technology limiting a vehicle's acceleration speed to help conserve fuel for certain

21  of its hybrid electric vehicles, Ford called the feature "Eco Cruise." Like other versions of

22  advanced or adaptive cruise, Ford's Eco Cruise mode required that the vehicle have cruise enabled

23  before Eco Cruise could be engaged. Attached as **Exhibit 16** is a true and correct copy of an

24  article, written in 2012, discussing Ford's Eco Cruise mode. Ford also released a number of

25  instructional videos regarding the Eco Cruise mode, each detailing the Eco Cruise functionality

26  and referencing Eco Cruise's connection to cruise technology as an enhanced form of cruise

27  control. Examples of the videos are accessible at

28  https://www.youtube.com/watch?v=j3WpbQ9aDbM and https://owner.ford.com/support/how-

1  tos/vehicle-features/dashboard-instrument-cluster/unique-new-features-of-your-ford-fusion-

2  energi-2014-ev-plus-and-eco-cruise-control.html#.

3      43.    From 2012 and through current models, Eco Cruise has been a feature on the Ford

4  Fusion without any objection from (or any confusion with) any third party.

5      44.    At the same time Ford announced the BlueCruise name, Ford also began publicly

6  calling the hands-free zones in which the BlueCruise feature is available, "Hands-Free Blue

7  Zones" to further tie the technology and feature back to Ford's strong association with the color

8  blue and the Blue Oval brand identity.

9      45.    Ford intends to use the BlueCruise name with driver assist technology typical of

10  semi-autonomous cars, but does not intend to use the BlueCruise name in connection with fully

11  autonomous vehicles.

12     46.    Ford does not have any interest in having its BlueCruise feature associated with

13  GM or trading on GM's goodwill in Super Cruise or CLLC's right is CRUISE.

14  **IV.    Ford's Marketing Strategy Closely Connects BlueCruise to the Ford Brand**

15     47.    For the past 5 years, Ford has spent on average $2 billion a year on advertising

16  across all of its nameplates, technologies, and services. This includes television, print, digital, out

17  of home, dealer, and radio advertisements. The bulk of Ford's advertising focuses on the FORD

18  brand and its specific nameplates, highlighting features, technologies, and options within those

19  commercials; however, Ford's features, technologies, and options are typically not the headline of

20  any major advertising piece. Ford will on occasion run an advertising campaign focusing on a

21  specific feature or technology that may run across multiple nameplates, but this type of advertising

22  is not as common and the FORD mark, the Blue Oval, the Ford Blue color, and the iconic

23  nameplates also would always be included within any feature-specific advertising. Accordingly,

24  only a small portion of Ford's total advertising expenditure would be spent on advertising one

25  specific feature or technology, like BlueCruise.  Attached as **Exhibit 17** is a true and correct copy

26  of Ford's advertising spending in the United States from 2007 through 2019 from Statista.

27     48.    As with the rest of its advertising and marketing, Ford has and will continue to

28  utilize its FORD mark, the Blue Oval, the Ford Blue color, and the iconic Ford nameplates (like F-

150 and Mustang), and famous taglines (like "Built Ford Tough," "Built Ford Proud," and "Built for America") in advertising, marketing, promotions, and brand communications related to the BlueCruise feature. Accordingly, in addition to adopting a name that was evocative of Ford by using the word "Blue," Ford also prominently uses additional elements that clearly indicate Ford as the source of the BlueCruise feature in all advertising, marketing, and brand communications. Below are examples of promotional videos that Ford released for the BlueCruise feature, which clearly and prominently display the FORD name and Blue Oval Logo in connection with BlueCruise.





49.     Ford conducted a series of rigorous tests on the BlueCruise feature. Ford's extensive testing efforts included driving BlueCruise-equipped vehicles over 100,000 miles through 37 states and five Canadian provinces in 2020, which Ford has dubbed the Mother of All Road Trips ("MOART"). Ford employee's experiences with the BlueCruise feature were recorded during Ford's MOART and Ford created numerous videos from the MOART to help educate and

inform consumers about the BlueCruise feature.

**V.      Channels of Trade and Customers for Ford's BlueCruise Feature**

50.      The BlueCruise feature is only initially available on certain models of Ford's vehicles—the F-150 and Mustang Mach-E models. The vehicles are only sold by Ford or through a Ford dealer and the vehicle must feature the Ford Co-Pilot360 system, be installed with the required hardware (the ADA prep pack), and will require customer payment for the software subscription, either at the time of the purchase for the first generation models or after the termination of the 3-year subscription for the second generation models.

51.      For America's best-selling truck, Ford's F-150, BlueCruise is available as a part of the Ford Co-Pilot 360 Active 2.0 package for a total of $1,595 – $600 for the software and $995 for the hardware. The Ford Co-Pilot360 Active 2.0 package is standard on the F-150 Limited and available as an option on Lariat, King Ranch, Platinum, and all-electric F-150 Lightning models.

52.      For Ford's Mustang Mach-E, the 2021 Electric Vehicle of the Year, BlueCruise comes standard on CA Route 1, Premium, and First Edition variants. It is an available package on the Select trim for $3,200 – $6,000 for the software and $2,600 for the rest of the package—as part of the larger Comfort and Technology package, which includes features such as a 360-degree camera, heated front seats, and heated steering wheel.

53.      The lowest price for the F-150 with BlueCruise is $54,285 and the lowest price for the Mustang Mach-E is $47,195.

54.      Given the significant investment that consumers are making in such vehicles, consumers take particular time and care in researching the make and model of the vehicles that they are considering buying. Typically, a consumer will do careful research to compare different makes and models, he or she will test drive the vehicles that it is considering purchasing, will spend time at the dealership discussing the vehicle, its features, and options with sales personnel or technicians, and will sometimes consider third-party reviews.

55.      The care, time and attention that consumers spend researching potential vehicles has increased as vehicles have become further equipped with additional technological advances. Consumers spend time researching the technologies available, the function of those technologies,

and comparing the price of each technology to the overall purchase price. At purchase, consumers will often be given a training session by the dealer on the major features, how they work, how they are enabled, what they can do, and any limitations.

## VI.     Harm to Ford and Third Parties if Ford could not use BlueCruise

56.     Ford made a significant investment of time and financial resources in developing the BlueCruise name. The name ideation process started in 2019, with the marketing and brand communication teams devoting months to coming up with a name.

57.     Ford also spent significant time and effort educating and publicizing the BlueCruise name and feature to the press, dealers, and consumers, as well as developing communication materials.

58.     Ford's efforts to generate interest and excitement and to educate the public about the BlueCruise feature included releasing how-to videos that featured the BlueCruise name, developing partnerships with social influencers to promote the BlueCruise feature, developing employee stories to generate further confidence and excitement about the BlueCruise feature, and inviting the media in for ride-alongs so they can experience the BlueCruise feature first hand.

59.     Ford also has developed and supplied information to each of its dealers about the BlueCruise feature, including product packaging guidelines, brand playbooks, and training materials on the BlueCruise feature. In addition, Ford has done significant in-dealer training sessions to educate dealers and its personnel about the BlueCruise feature so the dealer's personnel in turn can educate and train consumers on the feature. These efforts have included developing an e-source book for its dealers, and creating copious how-to-videos for the dealers, its personnel, and consumers to use.

60.     As a result of our extensive efforts to educate the media, including sending significant information to industry-media participants regarding the BlueCruise feature and inviting the media to ride-alongs, the BlueCruise feature has received considerable positive industry media attention and significant momentum with our dealers and consumers.

61.     All of Ford's work to develop and announce the BlueCruise name was timed to coincide with the public announcement of the feature. That timing was critical because the

technology is an extremely newsworthy event. Ford wanted to be prepared to optimize on the timing of the announcement, as Ford would not be able to recreate the excitement or buzz if it was just an announcement of a new name. Having to rename the BlueCruise feature is likely to negatively affect those relationships of Ford in a myriad of ways, as outlined below.

62.     If Ford had to immediately cease using the name BlueCruise, Ford would have the hands-free feature, but it would be unbranded for people who have purchased the hardware already, as well as active car shoppers, and consumers generally. Without a name, Ford would lose the benefits that come from branding a product, which includes the awareness that the feature is tied to a Ford vehicle. Ford would also lose all of that for the entirety of the time it would take Ford to develop a new name, which could be another six to nine months at least as it would require rebranding not just in the United States but also globally. Accordingly, Ford would need to get consensus on a new name in each region, the new name would need to be cleared, and management would need to sign off on the name.

63.     Similarly, Ford has been educating our dealers, as well as consumers, about BlueCruise. Dealers are independent; their business depends on sales.  If Ford had to re-brand, it would be time-consuming and disruptive to have to re-educate dealerships about the new name (on what we know would be a sub-optimal schedule not tied to either the model year or new product excitement). Ford would also have to impose significant time and resource allocation on independent dealers to educate their employees about the change and to contact existing consumers about the change. That would be very disruptive to the dealers' operations.

64.      Based on my experience, relaunching BlueCruise under a new name would also disrupt relationships with our consumers, and create uncertainty and a lack of trust among our customers and potential customers, including those who already have purchased and expect BlueCruise technology.

65.     Finally, Ford would have to re-brand all of the advertising, marketing, videos, owner's manuals, source books, training materials, product packaging guidelines, brand playbooks, and brand assets.

66.     Changing the name would also be difficult logistically given the limited options

available to safely describe the feature. As mentioned above, the name change would need to occur globally, however, many of the names that consumers would associate with a hands-free, enhanced cruise technology are already used in the industry. For example, Tesla and Nissan already used the term "pilot" in connection with their hands-free, enhanced cruise function. If Ford cannot use "pilot" or "cruise" to describe an enhanced feature, Ford will be unable to name the feature something that will resonate with consumers and is appropriate from a safety perspective.

67.     Ford is further hampered based on the differentiation Ford strives to make with its Lincoln brand. While the Lincoln brand has a hands-free feature similar to BlueCruise called ActiveGlide, the brand as a whole is positioned differently. As a result, Ford keeps the Lincoln brand separate from its other brands and would not use the same name or portions of the same name (i.e. Active or Glide) for the hands-free feature in Ford vehicles as in Lincoln vehicles.

**VII.    General Motors' Industry Position**

68.     Within the automotive industry, Ford has a number of competitors, including Honda, Hyundai, Toyota, Tesla, Subaru, and General Motors ("GM").

69.     GM owns numerous brands, including Chevrolet, Buick, GMC, and Cadillac.

70.     GM typically spends over $3 billion dollars each year in advertising and marking in total for all of its brands. Attached as **Exhibit 18** is a true and correct printout from Statista of GM's advertising spending from 2007-2019. Since 2007, GM has outspent Ford in advertising in the United States.

71.      GM had the largest share of the auto market in 2020, around 17%. Attached as **Exhibit 19** is a true and correct copy printout of an article from Statista regarding the Automotive Manufacturer's Estimated Market Share in 2020.

**IIX.    GM's Super Cruise Feature**

72.     In recent years, a few of the Ford's major competitors have introduced an ADAS technology that builds on adaptive cruise to enable hands-free driving under certain circumstances.

73.     I understand that a few of GM's Cadillac models feature a technology called Super Cruise. As I understand it, Super Cruise is an enhanced version of adaptive cruise control that offers hands-free driving capabilities on certain portions of designated highways. The feature is

similar to Tesla's AutoPilot feature.

74.     I understand that currently GM is only offering its Super Cruise feature on Cadillac vehicles that are equipped with the required hardware and software and recently announced that it will expand Super Cruise to some additional 2022 model year GM nameplates such as GMC Hummer and Chevrolet. The vehicles that have Super Cruise today prominently feature the Cadillac branding and are purchased from a Cadillac dealership and I assume that the GMC Hummer and Chevrolet vehicles that offer Super Cruise in the future will also prominently feature the branding of each of these well-known nameplates. I understand the Super Cruise package is offered for an additional $2,500.

75.     As with most advertising for technical features of a vehicle, the advertising, brand communications, and marketing for the Super Cruise feature that I have reviewed always prominently feature the Cadillac brand. I am not aware of any advertising done by GM for Super Cruise that does not call out to consumers that the feature is only available on Cadillac-branded vehicles.

76.     I am aware that GM claims that it has invested over $20 million in promoting its Super Cruise technology to consumers and the press, including its development of the Lyriq Super Bowl spot that featured Super Cruise and the 1, 2, 3, Let Go campaign. I am unaware of any additional advertising GM has done featuring the Super Cruise technology. For example, we searched the Facebook Ad Library, which "provides advertising transparency by offering a comprehensive, searchable collection of all ads currently running from across Facebook apps and services, including Instagram." As of August 6, 2021, neither GM nor Cadillac was running any advertisements on Facebook or Instagram for the Super Cruise technology. Attached as **Exhibit 20** is a compilation of the searches conducted through Facebook's Ad Library for Super Cruise.

77.     Although GM first developed Super Cruise in 2017 (2018 model year), GM has been slow to expand the Super Cruise feature beyond a few Cadillac models. I am aware that GM intends to finally expand Super Cruise to other GM vehicle lineups – starting with model year 2022 Chevy Bolt and has previously promised to make it available on 22 other vehicles by 2023.

78.     I was surprised to see that on July 13, 2021, after rounds of supposed good-faith

1    negotiations in this case, GM announced an increase in Super Cruise capabilities (finally including

2    over-the-air update capabilities like Ford's system) and expansion of Super Cruise to additional

3    model year 2022 nameplates, including Chevrolet Silverado, GMC Sierra, and GMC Hummer EV

4    Pickup.  Attached as **Exhibit 21** is a true and correct copy of GM's July 23 press release.

5    **IX.     Cruise LLC's Robotaxis**

6           79.    Cruise, LLC ("CLLC") is one of the handful of companies endeavoring to make the

7    first autonomous vehicle. CLLC prominently features the color orange on its vehicles and in

8    connection with the CRUISE logo, which it typically executes in all lower-case letters.

9           80.    It is my understanding that like many other tech companies that are working on

10   making an autonomous vehicle, like Ford's partner, Argo AI, CLLC's focus is on making

11   robotaxis, rather than a fleet of vehicles that can be sold to consumers like a traditional automotive

12   manufacturer. Attached as **Exhibit 22** are true and correct copies of articles that identify CLLC as

13   a ride-sharing or robotaxi company.

14          81.    I understand CLLC is beta-testing its autonomous vehicles in only select cities,

15   limited to San Francisco, California and Phoenix, Arizona.

16          82.    I understand that CLLC has partnered with Wal-Mart and DoorDash in Phoenix

17   and San Francisco, respectively, to develop pilot tests for delivery services. I understand these

18   programs have been pilot programs and there are currently no ongoing partnership or relationship

19   for CLLC to offer delivery services via autonomous vehicles. Moreover, both of these deals were

20   between CLLC and large corporations (Wal-Mart and DoorDash). End users have not been

21   involved in the transactions with CLLC other than possibly receiving a delivery as part of testing

22   the pilot program. Attached as **Exhibit 23** is a true and correct copy of an article regarding these

23   pilot programs.

24          83.    Beyond pilot programs in isolated cities in the United States, the only other "use"

25   that I am aware of by CLLC is an agreement between CLLC and Dubai Roads and Transport

26   Authority in the United Arab Emirates for CLLC to be the exclusive provider for self-driving taxis

27   and ride-hailing services through 2029. I understand that while CLLC intends to set up operations

28   in Dubai by 2023, CLLC has not provided a date on which it expects vehicles to be available to

the public in Dubai. Attached as **Exhibit 24** is a true and correct copy of the article regarding the arrangement between CLLC and Dubai Roads and Transport Authority.

84.    CLLC promotes on the number of miles that it has test-driven CRUISE-branded vehicles, however, CLLC's test have had limited geographic reach (San Francisco and Phoenix). In addition, CLLC provides no information regarding the conditions or timing of those test drives, including the time of day (e.g. late at night) that the test drives occur, if consumers would encounter the vehicles during the test drives, or the number of impressions CLLC has estimated it has received.  CLLC claims to test-drive its vehicles around the clock, which would logically result in vehicles being driven late at night or early in the morning when few consumers would see the CRUISE-branded vehicles.

85.    I understand CLLC claims to have devoted significant resources to establishing goodwill among the public for safe and reliable self-driving cars.  I am, however, not aware of any advertising or marketing that CLLC has done under the CRUISE brand related to the safety of self-driving cars.

86.    Despite the "significant resource" CLLC states it already has invested, I understand CLLC is claiming that it cannot outspend Ford on advertising, and therefore, will be harmed by Ford's use of BlueCruise. CLLC is owned by at least two Fortune 500 companies GM (Fortune 500 #22) and Microsoft (Fortune 500 #15) and two Global Fortune companies Honda (Global Fortune #44), and Softbank (Global Fortune #184). CLLC is valued in the tens of billions of dollars. It is inconceivable that if CLLC had a product or service to offer for sale that it could not keep up with the advertising expenditures of Ford.

**X.    CLLC is Not a Competitor of Ford**

87.    When Ford analyzes the marketplace and reviews competitor information, Ford does not include CLLC in its competitor set. For starters, CLLC is currently only beta-testing its autonomous vehicles. Because CLLC is not offering any products or services on the market, Ford would not consider CLLC within its competitive analysis for traditional vehicles.

88.    Moreover, CLLC's primary focus appears to be developing a fleet of vehicles that may be operated as robotaxis – not selling vehicles in competition with Ford vehicles.

89.     While Ford has invested in Argo AI, an artificial intelligence company, to develop a virtual driver system for the Ford's autonomous vehicle that it hopes to launch in the future, such vehicles are currently going through beta-tests and pilot programs and in general would be considered in a different competitive set from a traditional vehicle like the Ford F-150 and Mustang Mach-E.

90.     Competitors in the autonomous vehicle industry, particularly other companies focused on developing robotaxis, include Alphabet's Waymo and Amazon's Zoox. Attached as **Exhibit 25** are true and correct copies of articles identifying CLLC's competitors.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: August 13, 2021

Adam Longarzo