KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
GIA L. CINCONE (State Bar No. 141668)
gcincone@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300

WILLIAM H. BREWSTER (admitted *pro hac vice*)
bbrewster@kilpatricktownsend.com
R. CHARLES HENN, JR. (admitted *pro hac vice*)
chenn@kilpatricktownsend.com
NICHOLE DAVIS CHOLLET (admitted *pro hac vice*)
nchollet@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:   (404) 815-6500
Facsimile:    (404) 815-6555

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company,  GM CRUISE HOLDINGS LLC, a Delaware limited liability company, GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 3:21-cv-05685-SI<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FORD MOTOR COMPANY TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:      July 23, 2021 |

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CRUISE LLC, GM CRUISE HOLDINGS LL, and GENERAL MOTORS LLC ("Plaintiffs") and Defendant FORD MOTOR COMPANY ("Defendant") that, pursuant to Civil Local Rule 6-1(a), Defendant's time to answer or otherwise to respond to Plaintiff's Complaint shall be, and hereby is, extended from the current due date of August 19, 2021, up to and including September 2, 2021. The briefing and hearing dates on Plaintiffs' Motion for Preliminary Injunction remain unchanged.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 16, 2021                KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gia L. Cincone*
GREGORY S. GILCHRIST
GIA L. CINCONE
WILLIAM H. BREWSTER
R. CHARLES HENN, JR.
NICHOLE DAVIS CHOLLET

Attorneys for Defendant
FORD MOTOR COMPANY

DATED: August 16, 2021                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Margret M. Caruso*

DIANE M. DOOLITTLE
MARGRET M. CARUSO

Attorneys for Plaintiffs Cruise LLC and
GM Cruise Holdings LLC

DATED: August 16, 2021                KIRKLAND & ELLIS LLP

By: */s/ Diana Torres*
DALE CENDALI
DIANA TORRES

Attorneys for Plaintiff General Motors LLC

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for co-counsel indicated by a "conformed" signature within this e-filed document.

                     */s/Gia L. Cincone*
                     GREGORY S. GILCHRIST
                     GIA L. CINCONE
                     WILLIAM H. BREWSTER
                     R. CHARLES HENN, JR.
                     NICHOLE DAVIS CHOLLET

18770655v.1