## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 10, 2021 | **Time:** 9:58 – 11:05<br>1 hour 7 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-05685-SI | **Case Name:** Cruise LLC v. Ford Motor Company | |

**Attorney for Plaintiff:** Diane Doolittle, Margret Caruso, Brett Arnold, Kyle Batter, Diana Torres, Louise Decoppet
**Attorney for Defendant:** William Brewster

**Deputy Clerk:** Esther Chung          **Court Reporter:** Debra Pas

## PROCEEDINGS

Motion for Preliminary Injunction Hearing (Dkt. 24) – held via Zoom webinar.

## SUMMARY

The Court provided its tentative ruling. The parties provided their oral arguments and rebuttals. The Motion was taken under submission. The Court requested that the parties provide any demonstratives to the Courtroom Deputy by email.