QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Fax:               (650) 801-5100

*Attorneys for Plaintiffs Cruise LLC and
GM Cruise Holdings LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 3:21-cv-05685-SI<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

Plaintiffs Cruise LLC, GM Cruise Holdings LLC, and General Motors LLC, along with Defendant Ford Motor Company (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on September 2, 2021, Defendant filed counterclaims against Plaintiffs (ECF No. 38) (the "Counterclaims");

WHEREAS, based on the Federal Rules of Civil Procedure, Plaintiffs' deadline to answer or otherwise respond to the Counterclaims is September 23, 2021;

WHEREAS, Local Rule 6-1 of the Northern District of California allows parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties hereby invoke Local Rule 6-1 and agree to extend Plaintiffs' deadline to answer or otherwise respond to the Counterclaims by 32 days from September 23, 2021 to October 25, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective attorneys of record, that Plaintiffs' deadline to answer or otherwise respond to Defendant's Counterclaims shall be extended by 32 days from September 23, 2021 to October 25, 2021.

IT IS SO STIPULATED.

DATED: September 23, 2021     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Diane M. Doolittle
    Diane M. Doolittle
    Margret M. Caruso
    *Attorneys for Plaintiffs Cruise LLC*
    *and GM Cruise Holdings LLC*

DATED: September 23, 2021     KIRKLAND & ELLIS LLP

By   */s/ Diana Torres*
    Diana Torres
    *Attorneys for Plaintiff General Motors LLC*

DATED: September 23, 2021     KILPATRICK TOWNSEND & STOCKTON LLP

By   */s/ William R. Brewster*
    William R. Brewster
    *Attorneys for Defendant Ford Motor Company*

**ATTESTATION**

I, Kyle K. Batter, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Diane Doolittle, Diana Torres, and William Brewster have concurred in the filing of the above document.

*/s/ Kyle K. Batter*

Kyle K. Batter