QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Fax:           (650) 801-5100

*Attorneys for Plaintiffs Cruise LLC and GM Cruise Holdings LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br> vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 3:21-cv-05685-SI<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

Plaintiffs Cruise LLC, GM Cruise Holdings LLC, and General Motors LLC, along with Defendant Ford Motor Company (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court that the Parties are in the process of settling all claims and counterclaims at issue in the above captioned action. The Parties therefore respectfully request that the Court issue an Order of Conditional Dismissal Upon Settlement providing the Parties with 60 days to notify the Court if settlement has not occurred. The Parties request that, upon such notification, the above captioned action would be restored to the calendar for further proceedings.

DATED: October 1, 2021        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Diane M. Doolittle*
　　Diane M. Doolittle
　　Margret M. Caruso
　　*Attorneys for Plaintiffs Cruise LLC*
　　*and GM Cruise Holdings LLC*


DATED: October 1, 2021        KIRKLAND & ELLIS LLP


By  */s/ Diana Torres*
　　Diana Torres
　　*Attorneys for Plaintiff General Motors LLC*


DATED: October 1, 2021        KILPATRICK TOWNSEND & STOCKTON LLP


By  */s/ William R. Brewster*
　　William R. Brewster
　　*Attorneys for Defendant Ford Motor Company*

**ATTESTATION**

I, Kyle K. Batter, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Diane Doolittle, Diana Torres, and William Brewster have concurred in the filing of the above document.

                         */s/ Kyle K. Batter*
                         Kyle K. Batter