UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUISE LLC, a Delaware limited liability company, GM CRUISE HOLDINGS LLC, a Delaware limited liability company, and GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05685-SI<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** |
| AND RELATED COUNTERCLAIMS | |

The parties to the action, by and through their counsel, have advised the Court that they are in the process of agreeing to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

However, if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within sixty days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: October 1, 2021

_____
SUSAN ILLSTON
United States District Judge

ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT